Matthew R. Orr, Bar No. 211097
  morr@calljensen.com
Joshua G. Simon, Bar No. 264714
  jsimon@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant Quincy Bioscience, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RACIES, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability company,<br><br>Defendant. | Case No.  3:15-cv-00292 HSG<br><br>**ORDER GRANTING DEFENDANT QUINCY BIOSCIENCE, LLC'S REQUEST FOR TELEPHONIC APPEARANCE VIA COURTCALL AT CASE MANAGEMENT CONFERENCE**<br><br>Date:  June 23, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 15 – 18th Floor<br>          450 Golden Gate Avenue<br>          San Francisco CA 94102<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed:   January 21, 2015<br>Trial Date:             None Set |

QUI09-02:[Proposed] Order Granting Defendant's Request for Telephonic Appearance:6-11-15    - 1 -
ORDER GRANTING DEFENDANT QUINCY BIOSCIENCE, LLC'S REQUEST FOR TELEPHONIC APPEARANCE
VIA COURTCALL AT CASE MANAGEMENT CONFERENCE

## ORDER

The Court, having reviewed the request of Defendant Quincy Bioscience, LLC's ("Defendant") counsel, and finding GOOD CAUSE thereto,

IT IS THEREFORE ORDERED that said request is GRANTED and Defendant Quincy Bioscience, LLC ("Defendant") is granted permission to appear telephonically at the Case Management Conference scheduled for June 23, 2015, at 2:00 p.m., in Courtroom 15 of the above-referenced Court, located on the 18th Floor, 450 Golden Gate Avenue, San Francisco.

IT IS FURTHER ORDERED that Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:  6/11/2015

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
JUDGE OF THE UNITED STATES DISTRICT COURT

QUI09-02:[Proposed] Order Granting Defendant's Request for Telephonic Appearance:6-11-15     - 2 -

ORDER GRANTING DEFENDANT QUINCY BIOSCIENCE, LLC'S REQUEST FOR TELEPHONIC APPEARANCE VIA COURTCALL AT CASE MANAGEMENT CONFERENCE

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2015, I electronically filed the foregoing document described as **[PROPOSED] ORDER GRANTING DEFENDANT QUINCY BIOSCIENCE, LLC'S REQUEST FOR TELEPHONIC APPEARANCE VIA COURTCALL AT CASE MANAGEMENT CONFERENCE** with the Clerk of the Court using the CM/ECF System which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Matthew R. Orr*
Matthew R. Orr