# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RACIES, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability company,<br><br>Defendant. | Case No. 3:15-cv-00292-HSG<br><br>**ORDER GRANTING PARTIES' PROPOSED REVISED SCHEDULE** |

In accordance with the Court's June 24, 2015 Minute Entry following the Initial Case Management Conference, the parties jointly submitted a revised Proposed Schedule. The Court has reviewed the parties' proposed schedule, and good cause appearing,

**IT IS HEREBY ORDERED THAT** the Proposed Schedule is GRANTED as follows:

| Event | Date |
| --- | --- |
| Deadline for Finalizing and Submitting an ESI Protocol and Protective Order | July 10, 2015 |
| Deadline to Respond to Written Discovery | July 31, 2015 |
| Deadline to Produce Documents | August 31, 2015 |
| Designation of Moving Expert(s) (including submission of reports) | September 14, 2015 |
| Cutoff for Moving Expert Depositions | October 5, 2015 |
| Designation of Rebuttal Expert(s) (including submission of reports) | October 26, 2015 |
| Deadline to File Motions for Summary Judgment | November 3, 2015 |
| Cutoff for Rebuttal Expert Depositions | November 9, 2015 |
| Deadline to File Oppositions to Motions for Summary Judgment | November 24, 2016 [3 weeks for opposition] |
| Deadline to File Replies in Support of Motions for Summary Judgment | December 15, 2015 [3 weeks (including Thanksgiving) for reply] |
| Last Day to Hear Motion for Summary Judgment | December 31, 2015 |

DATED:   JULY 1, 2015

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge