# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RACIES, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability company,<br><br>Defendant. | Case No. 3:15-cv-00292 HSG<br><br>**ORDER GRANTING JOINT STIPULATION RE BRIEFING AND HEARING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS** |

Complaint Filed:   January 21, 2015
Trial Date:        None Set

The Court has reviewed the Parties' Joint Stipulation re Briefing and Hearing Schedule for Summary Judgment Motions, and good cause appearing,

**IT IS HEREBY ORDERED THAT** the Proposed Schedule is GRANTED as follows:

| Event | Date |
|---|---|
| Deadline to File Oppositions to Motions for Summary Judgment | December 23, 2015 |
| Deadline to File Replies in Support of Motions for Summary Judgment | January 14, 2016 |
| Hearing on Motion for Summary Judgment | February 4, 2016 |

Dated:  November 20, 2015

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge