in the Overlap of Chronic Pelvic Pain Disorders. (Oral Presentation). The International Pelvic Pain Society 14th Annual Scientific Meeting on Chronic Pelvic Pain. Oct. 21, 2006. San Antonio, TX. *Award for Selected Presentation.

64. Ustinova, E.E., Fraser, M.O., Gutkin, D.W., Liang, R., and **Pezzone, M.A.** Neurogenic Sensitization of Bladder Afferents: The Role of Mast Cells and Neuropeptides. Basic Research in Interstitial Cystitis: Second Investigator's Meeting. October 25, 2006. Bethesda, MD.

65. Ustinova, E.E., Gutkin, D.W., Fraser, M.O., and **Pezzone, M.A.** Delayed Increase in Urinary Bladder Permeability Parallels Mast Cell Migration in TNBS Colitis. Digestive Disease Week. Washington, DC (May 2007).

66. Ustinova, E.E., Gutkin, D.W., Fraser, M.O., and **Pezzone, M.A.** Urinary Bladder Excitability Parallels Changes in Urothelial Permeability and Mast Cell Density in a Model of Neurogenic Cystitis. Annual Meeting of the Society of Neuroscience. San Diego, CA. November 6, 2007.

67. Ustinova, E.E., Gutkin, D.W., Fraser, M.O., and **Pezzone, M.A.** Neurogenic Cystitis Induced by Colonic Irritation Results in Increased Urothelial Permeability that Parallels Bladder Mastocytosis and Hyperactivity. American Urological Association Annual Meeting. Orlando, FL. **Podium Presentation.** (May 2008). J. Urology.

68. Ustinova, E.E., Gutkin, D.W., Fraser, M.O., and **Pezzone, M.A.** Mast Cells Play a Pivotal Role in the Development of Pelvic Organ Chronic Sensitization. Digestive Disease Week. San Diego, CA. **Oral Presentation.** (May 2008).

69. Ustinova, E.E., Bryant, A.P., Reza, T.L., Currie, M.G., and **Pezzone, M.A.** Oral Cyclic Guanosine Monophosphate (cGMP) Desensitizes Colonic Afferents in an Animal Model of Experimental Colitis. Annual Scientific Meeting of the American College of Gastroenterology. Orlando, FL. Oct 4, 2008.

70. Ustinova, E.E., Gutkin, D.W., Fraser, M.O., and **Pezzone, M.A.** Mast Cells Mediate Pelvic Organ Cross-Sensitization. Annual Meeting of the Society of Neuroscience. Washington, DC. November 16, 2008.

71. Ustinova, E.E., Gutkin, D.W., Fraser, M.O., and **Pezzone, M.A.** Pelvic afferents are Preferentially Sensitized to Chemical Stimuli During the Chronic Phase of TNBS Colitis: A Potential Role of Sensitized Mast Cells in the Maintenance of Chronic Visceral Pain. Digestive Disease Week. Chicago, IL. **Oral Presentation.** (June 2009).

72. Fitzgerald, J.J., and **Pezzone, M.A.** The Role of Mast Cells and PAR-2 Receptors in the Cross-Sensitization of Pelvic Afferent Nerves. Dean's Summer Research Program Symposium. October 6, 2009. Pittsburgh, PA.

73. Fitzgerald, J.J., Ustinova, E., **Pezzone, M.A.,** deGroat, W.C. The Role of Mast Cells and Protease Activated Receptor 2 in Pelvic Afferent Nerve Cross Sensitization. The Annual Meeting of the American Medical School Association. Washington, DC. (March 2011).

74.    Fitzgerald, J.J., deGroat, W.C., Ustinova, E., and **Pezzone, M.A.** The Role Of Mast Cells And Protease Activated Receptors, Type-2 (Par-2R) in Pelvic Afferent Cross-Sensitization. The Annual Meeting of Experimental Biology. Washington, DC. (April 2011). FASEB J. March 17, 2011 25:1120.1

75.    Fitzgerald, J.J., Pezzone, M.A., Ustinova, E., and de Groat, W.C. Release of mast cell mediators contributes to enhanced sensory mechanisms in the urinary bladder after TNBS colitis. Central Society for Clinical Research Annual Meeting. April 15, 2011. Chicago, Il.

76.    Fitzgerald, J.J., deGroat, W.C., Ustinova, E., and **Pezzone, M.A.** Release of mast cell inflammatory mediators in the urinary bladder after colon irritation. American Urological Association Annual Meeting. Washington, DC. (May 2011). J. Urology.

77.    Fitzgerald, J.J., Mupparapu, S.K., Pezzone, M.A., Ustinova, E., and de Groat, W.C. The role of PAR-2 and urothelium in bladder dysfunction after TNBS colon-bladder cross sensitization. Annual Meeting of the Society for Neuroscience. Washington, D.C. (November 2011).

78.    Silos-Santiago, I., Hannig, G., Eutamene, H., Ustinova, E. E., Bernier, S. G., Ge, P., Jacobson, S., Jin, H., Reza, T., Shea, C., Kessler, M. M., Bryant, A. P., Kurtz, C. B., Bueno, L., **Pezzone, M. A.**, and Currie, M. G. Visceral Pain: Unraveling a novel endogenous pathway through uroguanylin/guanylate cyclase-C receptor/cGMP activation. 20th United European Gastroenterology Week. (October 2012). Amsterdam, The Netherlands.

## PROFESSIONAL ACTIVITIES

**TEACHING/STUDENT ADVISING:**

- *Physical Diagnosis*, First year medical students, University of Pittsburgh School of Medicine (Four 60 min small group sessions/year) - 1998, 1999

- *Problem Based Learning in Gastroenterology*, Second year medical students. (4-6 90 min small group sessions/year) – 1997-2007 (Average score 4.6 out of 5)

- *Selective Course in Clinical Pharmacology, Peptic Ulcer Disease,* Fourth year medical students (One 90 min small group session/year) – 2001-02.

- *Diseases of the Colon, Digestion and Nutrition Course,* Second year medical students (1 hour lecture) – 2003

- *Drugs to Treat Gastric Acidity, Peptic Ulcer Disease, and Gastroesophageal Reflux Disease,* Second year medical students—2005-2010 (1 hr. lecture)

- *Drugs: Prokinetics and Antiemetics*, Second year medical students—2006-2010 (1 hr. lecture)

- *Physiology: Motility-Colon*, Second year medical students—2006-2008 (1 hr. lecture)

- *Colon Pathophysiology*, Second year medical students—2006-2008 (1 hr. lecture)

- Pharmacotherapy of Gastric Acidity, Peptic Ulcers, and GERD—Molecular Pharmacology 2081. Fall 2007-15. (1.5 hr. lecture) (Ongoing commitment)

- *F.A.S.T. (Faculty and Students Together) Advisor*—Faculty Advisor for 7 medical students. 2007-10

- *Physician Scientist Training Program Career Advisor*—Faculty Advisor for 3 students in the physician scientist track, 2007-10

- *Case Workshops in Gastroenterology*, 2nd year medical students (Four 80-min sessions with 9-18 students/group)-2008

- Clinical Preceptor in Gastroenterology & Hepatology, Duquesne University, Department of Physician Assistant Studies, 2013-present.

- Clinical Preceptor in Gastroenterology & Hepatology, Lake Erie College of Osteopathic Medicine 2014-present.

## EDUCATION COMMITTEES:

- *Curriculum Design and Education Committee. Digestion and Nutrition Course, 2nd Year Medical Students, University of Pittsburgh--(June 2006-2009)*

- *Physician Scientist Training Program Steering Committee, University of Pittsburgh—(Jan 2007-2009)*

- *NIH/NIDDK Urology Strategic Planning Committee "Advancing Urologic Science and Career Development"—Worked directly with Robert Star and other thought leaders in Urology (Feb 2007)*

- *NIH/NIDDK Multidisciplinary Chronic Pelvic Pain (MAPP) Definition Working Group (2007-08) Chairperson: Evidence for an Interrelationship Between the Chronic Pelvic Pain Disorders—Dec 13, 2007*

- *NIH/NIDDK Defining the Urologic Chronic Pelvic Pain Syndromes: A New Beginning. An International Symposium. Expert Panel Member. June 16-17, 2008. Bethesda, MD.*

## TRAINEES:

### Pre-Medical Students:

Rhadika Patnam                    –Pre-med student Boston University. Summers of 2005-2007. Georgetown University for post-graduate studies. The

|                        | Commonwealth Medical College, Scranton, PA. Residency in OB/GYN MUSC, Charleston, SC. |
|------------------------|---|
| James Priestas         | -Pre-med student University of Pittsburgh. Summer 2006-2008. Carnegie Mellon University's Health Administration Program. Health Strategy Manager at Accenture. |
| Tiffany DuMont, D.O.   | -Pre-med student University of Pittsburgh. 2003-2004. Philadelphia College of Medicine. Pulmonary and Critical Care Fellow, Allegheny General Hospital, Pittsburgh, PA. |
| George Schatz          | -Pre-med student Hiram College. Summer 2009. Undergraduate at Hiram College. Medical Student SUNY Stonybrook. |

**Medical Students:**

| Jocelyn Fitzgerald | -University of Pittsburgh Medical Student. Summer 2009, academic year 2009-10, Physician Scientist Training Program July 2010-June 2011. Ob-Gyn Resident, Johns Hopkins University. |
|---|---|

**Residents in Internal Medicine:**

| Santosh Mupparapu, M.D. | –Resident in Internal Medicine. Hospitalist, UPMC Passavant. Applying for Fellowship in Gastroenterology. |
|---|---|
| Suzanne Morrissey, M.D. | –Mentored during residency at the University of Pittsburgh Medical Center. Helped initiate a clinical study entitled, "Rectal Sensitivity in Patients with Interstitial Cystitis." Currently Faculty in Gastroenterology at Allegheny General Hospital, Pittsburgh, PA. |
| Daniel Chung, M.D. | –Mentored during residency with eventual acceptance into Gastroenterology fellowship at the University of Pittsburgh Medical Center. Currently a gastroenterologist in private practice in San Francisco, CA. |
| Surinder Devgun, M.D. | –Mentored as a post-internal medicine resident (motility fellow) at the University of Pittsburgh Medical Center. Trained in gastrointestinal motility and assisted in the development of a protocol for measuring motility in small bowel transplant patients. Several abstracts were published and an international oral presentation at small bowel transplant meeting was made. Advanced to Fellow in Gastroenterology at SUNY Health Center, Albany, NY. Currently in private practice in Rochester, NY. |

| Muhannad Kanbour, M.D. | –Mentored for 1 year after completing foreign residency and assisted with the eventual acceptance into Internal Medicine residency at the University of Pittsburgh Medical Center. Assisted with a clinical study (multi-center) entitled, "Phase 3 Study to Determine the Efficacy and Safety of C1-Inhibitor (Human) Vapor Heated, IMMUNO, in subjects with Hereditary Angioedema (HAE)." Currently a hospitalist in Baltimore, MD. |

**Fellows in Gastroenterology:**

| Onki Cheung, M.D. | –Mentored during fellowship (clinical motility). Abstract entitled, "Sensory Perception of Denervated Small Intestine Following Small Bowel Transplantation in Adults." Presented at Digestive Disease Week. Currently in private practice, Los Angeles, CA. |

**Post-Docs:**

| Ruomei Liang, M.D. | –Former post-doc in lab. Part of NIH grant. Several projects and papers. Accepted into Family Practice Residency program at St. Margaret's Hospital. Currently in private practice in Northern California. |
| Elena Ustinova, Ph.D. | –Former post-doc in lab. Part of NIH grant. |

## RESEARCH FUNDING:

ACTIVE—See Clinical Trials below.

PENDING--In vitro evaluation of the cytokine response to extracellular matric (ECM), determination of phenotype of immune cells from patients with ulcerative colitis (Stephen Badylak); paid consultant

INACTIVE—Basic Research Awards

| | | | |
|---|---|---|---|
| 1) | **MH 10157 (Pezzone)**<br>NIMH<br>National Research Service Award (NRSA) | 1991-1994 | 100% |
| 2) | GIDH Basic Research Award (Pezzone)<br>(Glaxo Institute for Digestive Health) | 1997-99<br>$35,000/yr. | 50% |
| 3) | **K08 DK02488 (Pezzone)**<br>NIH/NIDDK<br>Neuroimmune Mechanisms of Visceral Hyperalgesia | 4/15/1999 – 1/31/2004<br>$116,200/yr. | 75 % |

The major goals of this project were to define the effects of acute and chronic colonic irritation on visceral afferent nerves specifically focusing on the role of mast cells and stress.

4)  Samuel and Emma Winters Foundation (Pezzone)      1/1/2002  – 12/31/03        3%
                                                      $7,500.00

    Constipation, Aging and Laxatives
    The specific aims of this study include: determining the effects of aging on colonic histology and motility in young and aged Fisher-344 rats and determining if and how sub-chronic stimulant laxative administration affects colonic histology and motility in young and old-aged rats.

5)  **R03 DK061380-01 (Pezzone) (PI)**                1/1/2004-12/31/06          5%
    NIH/NIDDK                                         $50,000/yr.
    Neuroimmune Mechanisms of Visceral Pain

    This award is linked to K08 DK02488.  Studies here will accentuate those in the K08 award and will also involve in a preliminary fashion the investigation of colon afferent nerve changes following acute and chronic urinary bladder irritation.

6)  **R01 DK066658-01 (Pezzone) (PI)**                9/1/2003 – 8/31/2009       55 %
    NIH/NIDDK                                         $211,500/yr.
    Neurogenic Pathogenesis of Interstitial Cystitis

    The major goals of this project are to determine how colonic irritation can lead to changes in lower urinary tract motor and sensory function.  A neurogenic model of interstitial cystitis will be studied. These studies will evaluate the overlap of chronic pelvic pain disorders.

7)  **R01 NS050758-01 (Davis, B.) (Co-investigator)**   12/1/2004- 11/30/2008   5%
    NIH/NINDS                                         $13,038/yr.
    Characterization and Plasticity of Visceral Nociceptors

    The major goals of this project are to determine how colonic irritation in neonatal rats can lead to visceral hypersensitivity at maturity.

8)  Microbia MDP-100-008, CSA-2694 (Pezzone) (PI)     11/1/07- 09              3%
    Microbia, Inc.                                    $15,085

    Effect of MM-416775 on the Sensitivity of Pelvic Visceral Afferents

9)  Effect of MM-431343 (Pezzone) (PI)                12/08-09                 3%
    Ironwood Pharmaceuticals, Inc. (Formerly Microbia)  $12,368

    Effect of MM-431343 on the Sensitivity of Pelvic Visceral Afferents

10) Effect of Lubiprostone (Pezzone) (PI)             12/08-present            3%
    Takeda Pharmaceuticals North America, Inc.        $36,690

Effect of Lubiprostone on Pelvic Visceral Afferents

11) Effect of NS4591  (Pezzone) (PI)                    12/08-present              3%
    NeuroSearch A/S (Denmark)                           $14,992.98

Effect of NS4591 on Acute and Sub-acute Bladder Afferent Sensitization

## ACTIVE—Clinical Trials

1) A Phase 3, Randomized, Double-blind, Placebo-controlled, Parallel-group Trial of Linaclotide (72 ug or 145 ug) Administered Orally for 12 Weeks to Patients with Chronic Idiopathic Constipation (Ironwood Pharmaceuticals, Inc.)

2) In vitro evaluation of the cytokine response to extracellular matrix (ECM) and determination of the phenotype of immune cells in fixed specimens from patients with ulcerative colitis


## INACTIVE—Clinical Trials

1) Randomized, Double Blind, Placebo-Controlled, Multicenter Study of a Subcutaneous Formulation of Icatibant for the Treatment of Hereditary Angioedema (Amendment 2 – Modified Open-Label Extension Phase) (Jerini)

2) MCP-103-202: A Randomized, Multicenter, Double-blind, Placebo-controlled, Dose-range-finding, Parallel-design, Phase 2 Trial of Oral Linaclotide Acetate Administered to Patients with Irritable Bowel Syndrome with Constipation (Microbia)

3) MCP-103-201: A Randomized, Multicenter, Double-Blind, Placebo-Controlled, Dose-Range-Finding, Parallel-Group, Phase 2 Trial of Oral Linaclotide Acetate Administered to Patients with Chronic Constipation (Microbia).

4) Protocol SPI/0211OBD-0631: A Multicenter, Randomized, Placebo-controlled, Double-blinded Study of the Efficacy and Safety of Lubiprostone in Patients with Opioid-induced Bowel Dysfunction (Sucampo)

5) Protocol SPI/0211OBD-06S1: A Multicenter, Open-labeled Study of the Long-term Safety and Efficacy of Lubiprostone in Patients with Opioid-induced Bowel Dysfunction (OBD) (Sucampo)

6) A Randomized, Double-blind, Placebo-controlled Study of AGI-003 (Arverapamil) in the Treatment of Irritable Bowel Syndrome with Diarrhea (IBS-D) (AGI Therapeutics)

7) A Phase 3, Randomized, Double-blind, Placebo-controlled, Parallel-group Trial of Linaclotide Administered Orally for 12 Weeks Followed by a 4-Week Randomized Withdrawal Period in Patients with Chronic Constipation.  MCP-103-303 (Ironwood Pharmaceuticals, Inc.)

8)  An Open-label, Roll-over Safety Study of AGI-003 (Arverapamil) in the Treatment of Irritable Bowel Syndrome with Diarrhea (IBS-D).  Clin-AGI003-007 (AGI Therapeutics).

9)  An Open-label, Long-term Safety Study of Oral Linaclotide Administered to Patients with Chronic Constipation or Irritable Bowel Syndrome with Constipation. MCP-103-305.    (Ironwood Pharmaceuticals, Inc.)

10) A Phase 3, Randomized, Double-blind, Placebo-controlled, Parallel-group Trial of Linaclotide Administered Orally for 26 Weeks in Patients with Irritable Bowel Syndrome with Constipation. MCP-103-302 (Ironwood Pharmaceuticals, Inc.)

11) A Randomized, Double-blind, Placebo-controlled, Parallel group, Dose ranging, Multicenter Study to Evaluate the Efficacy, Safety, and Tolerability of JNJ-27018966 in the Treatment of Patients with Irritable Bowel Syndrome with Diarrhea (Furiex Pharmaceuticals Protocol 27018966IBS2001)

**ADVISORY BOARDS:**
- *Glaxo Managed Care Advisory Board for IBS (6/00, Toronto)*
- *Novartis Regional Advisory Board on IBS (8/00, Las Vegas)*
- *Glaxo Functional Dyspepsia Advisory Board (10/00, New York)*
- *Sucampo Regional Advisory Board on Constipation (11/07, Philadelphia)*
- *Frontiers in Urology Advisory Board Meeting (7/08, San Francisco)*

**GRANTS REFERREED/STUDY SECTION:**
- *Katholieke Universiteit Leuven—2003*
- *ZRG1-UKGD 01 B, NIH.  March 15, 2004*
- *ZRG1 RUS-D 12, NIH.  March 16, 2004*
- *ZRG1 CFS-E(50)R, NIH.* Neuroimmune Mechanisms and Chronic Fatigue Syndrome. January 26, 2006.

**ABSTRACT REVIEWER:**
- *American Gastroenterological Association 2006 Annual Meeting--Digestive Disease Week Immune Modulation of Motility*
- *Science2006.  University of Pittsburgh (October 2006).*
- *American Gastroenterological Association 2007 Annual Meeting--Digestive Disease Week Motility & Nerve-Gut Interactions—Section Chair*

**NATIONAL MEETING SESSION CHAIR:**
- *American Gastroenterological Association 2006 Annual Meeting--Digestive Disease Week Ion Channels and Receptors on Gastrointestinal Afferents (May 13, 2006) Los Angeles, CA*
- *Basic Research in Interstitial Cystitis:  Second Investigators' Meeting (October 25, 2006)—*

*Bladder Pain and Neurophysiology*

**PLANNING COMMITTEE:**
- *Basic Research in Interstitial Cystitis:  Second Investigators' Meeting (October 25, 2006)*
- *American Motility Society:  Diabetes and the Gut.  (March 1-4, 2007)*

**JOURNALS REFEREED:**
- *American Journal of Physiology*
- *Brain, Behavior, & Immunity*
- *Brain Research*
- *Gastroenterology*
- *Journal of Anatomy*
- *Journal of Neuroscience*
- *Journal of Spinal Cord Medicine*
- *Pain*
- *Urology*
- *World Journal of Gastroenterology*

**JOURNAL EDITORIAL BOARDS:**
- *World Journal of Gastroenterology*

**INVITED LECTURESHIPS/PRESENTATIONS:**

The University of Pittsburgh and Carnegie Mellon University M.D./Ph.D. Program Annual Summer Retreat.  (1996)  Boyce Park, Monroeville, PA.

Department of Medicine, University of Pittsburgh School of Medicine, "Stress, Immune Regulation, and Disease."  (1997). Pittsburgh, PA.

GI Grand Rounds, UPMC.  Gastric Stump Carcinoma, January 28, 1998, Pittsburgh, PA.

GI Grand Rounds, UPMC.  Diffuse Esophageal Spasm, March 11, 1998, Pittsburgh, PA.

GI Grand Rounds, UPMC.  ACE Inhibitor-induced Visceral Angioedema, April 15, 1998.  Pittsburgh, PA.

GI Grand Rounds, UPMC.  Superior Mesenteric Artery Syndrome, May 6, 1998, Pittsburgh, PA.

GI Grand Rounds, UPMC.  Campylobacter Diarrhea and GBS.  June 24, 1998.

GI Grand Rounds, UPMC.  Celiac Sprue, October 7, 1998, Pittsburgh, PA.

GI Grand Rounds, UPMC. Visceral Hyperalgesia, April 7, 1999.

GI Grand Rounds, UPMC. Secondary Biliary Cirrhosis, May 14, 1999.

GI Grand Rounds, UPMC. Acute Porphyria, September 29, 1999.

Intracity Grand Rounds. Gut Club. November 8, 1999.

IBS Awareness. December 1999, Erie, PA.

GI Grand Rounds, UPMC. H. pylori and Gastric MALT Lymphoma, February 16, 2000, Pittsburgh, PA.

West Virginia Gastrointestinal Conference on IBS, April 2000, Snowshoe, WV.

IBS Update: Greenbrier Valley Medical Society, May 9, 2000, White Sulphur Springs, WV.

Medical Grand Rounds, Citizens General Hospital. IBS, May 2, 2000, McKeesport, PA.

GI Grand Rounds, UPMC. Collagenous and Microscopic Colitis, June 7, 2000, Pittsburgh, PA.

The Gastroenterologist as a Bench Scientist. Nemacolin Woodlands. Nov 9, 2002. Farmingham, PA.

Vulvodynia—Toward Understanding a Pain Syndrome. National Institutes of Health. Bethesda, MD. April 14, 2003. Neurophysiology of the Pelvis.

Neurogenic Cross-Sensitization of Pelvic Viscera: Implications for Interstitial Cystitis and Irritable Bowel Syndrome. University of Oklahoma Health Sciences Center. Department of Physiology. Oklahoma City, OK. May 28, 2003.

Neural Cross-Talk and Cross-Sensitization in the Pelvis. Post-DDW Review: Gastroenterology and Hepatology Advancements from Digestive Disease Week. Renaissance Pittsburgh Hotel, Pittsburgh, PA. June 6, 2003.

Neurogenic Cross-Sensitization of Pelvic Viscera: Implications for Interstitial Cystitis and Irritable Bowel Syndrome. September 18, 2003. Pittsburgh, PA. Monthly seminar of the M.D./Ph.D. program.

Neurogenic Cross-Sensitization of Pelvic Viscera: Implications for Interstitial Cystitis and Irritable Bowel Syndrome. University of Texas Medical Branch. Division of Gastroenterology. Galveston, TX. October 24, 2003.

GI Grand Rounds. University of Alabama at Birmingham. Birmingham, AB. November 6th, 2003.

GI Grand Rounds. University of Chicago. Chicago, IL. November 14th, 2003.

GI Grand Rounds.  Columbia University.  New York, NY.  November 24th, 2003.

Pharmacologic Approaches to IBS.  Gastroenterology and Motility Conference.  Renaissance Pittsburgh Hotel, Pittsburgh, PA.  December 6th, 2003.

University of Pittsburgh Pain Research Conference.  Neurogenic Cross-Sensitization of Pelvic Viscera:  Implications for the Overlap of Irritable Bowel Syndrome, Interstitial Cystitis, and Chronic Pelvic Pain March 31, 2004.

GI Grand Rounds.  Duke University, Durham, NC. April 22, 2004.

24th Annual Scientific Meeting of the American Pain Society.  Visceral Pain Processing:  Mindblowing New Perspectives.  Boston, MA.  April 1, 2004.

New Advances in Diagnosis & Treatment of Immune-Mediated Diseases.  Immunology of Crohn's Disease and New Treatment Modalities.  October 27, 2007.  Pittsburgh, PA.

Society for Urodynamics & Female Urology 2008 Winter Meeting.  Pelvic Organ Neurophysiology:  Implications for Chronic Pelvic Pain and the Overlap of Chronic Pelvic Pain Disorders.  February 29, 2008.  Miami, FL. http://webcasts.prous.com/SUFU2008/

Frontiers in Urology.  Peripheral and Central Processing of Bladder Afferent Nerve Activity.  Cross-Talk and Sensitization of Bladder Afferent Nerves.  July 25, 2008.  San Francisco, CA.

GI Grand Rounds.  University of North Carolina Center for Functional GI and Motility Disorders.  Pelvic Afferent Cross-sensitization and the Overlap of Chronic Pelvic Pain Disorders.  Chapel Hill, NC.  December 19, 2008.

2009 Pelvic Health Patient Education Day.  PURE HOPE 4th Annual Women's Pelvic Health Conference Keynote Speaker.  Irritable Bowel Syndrome & Overlapping Chronic Pelvic Pain Disorders.  January 24, 2009.  Houston, TX.  (Baylor University).

8th International Symposium on Functional Gastrointestinal Disorders.  Mini Symposium:  Overlap of GI with Somatic Syndromes.  Interstitial Cystitis.  April 19, 2009.  Milwaukee, WI.

GI Grand Rounds.  Columbia University.  New York, NY.  Irritable Bowel Syndrome and Overlapping Chronic Pelvic Pain Disorders.  June 15th, 2009.

Update in Internal Medicine.  Evidence-Based Approaches to Common Medical Problems.  Constipation:  Evaluation and Management.  October 29, 2009.  Pittsburgh, PA.

Noontime Lecture The Washington Hospital Family Practice Residency.  Constipation:  Evaluation and Management.  December 18, 2009.

Noontime Lecture The Washington Hospital Family Practice Residency.  Drugs to Treat Gastric Acidity,

Peptic Ulcer Disease, and Gastroesophageal reflux disease. January 15, 2010.

Grand Rounds. Washington Hospital, Washington, PA. New Treatments for Irritable Bowel Syndrome and the Role of the Small Bowel. December 1, 2010.

Colon Cancer Screening 2011. Washington Hospital, Washington, PA. March 31, 2011.

GI Grand Rounds. University of Arkansas, Little Rock. Irritable Bowel Syndrome and Overlapping Chronic Pelvic Pain Disorders. June 1st, 2011.

Centers for Rehab Services--Women's Rehab and Men's Health Grand Rounds. University of Pittsburgh. Evaluation and Management of Constipation and Pelvic Pain. July 26th, 2011.

Indiana Dental Hygienists' Association's 66th Annual Professional Development Day. Key note speaker. Celiac Disease: Systemic and Oral Manifestations, Diagnosis, and Nutritional Management. Indianapolis, IN. November 3rd, 2012.

Internal Medicine Grand Rounds. Georgia Regents University. Pelvic Pain and the Overlap of Chronic Pelvic Pain Disorders. March 5, 2013. Augusta, Georgia.

The Washington Hospital Annual Scientific Day. Geriatrics: The Boomers Cometh. Constipation, Evaluation, and Management. May 3, 2013.

Erie Gut Club. Erie, PA. Irritable Bowel Syndrome and Overlapping Chronic Pelvic Pain Disorders. October 23, 2013.

Annual Meeting of the American Urological Association. State-of-the-Art Lecture. Role of Gastrointestinal Tract in Urologic Disease. May 19, 2014. Orlando, FL.

## MEDICAL-LEGAL CONSULTING:

- *Fancher v. Curon* (August-December 2004)
  Deposition 12/17/04 in support of defense
  U.S. District Court, Western District of KY, Louisville Division

- *Hal Young v. GNC* (2006)
  Expert Witness

- *Berkey v. Locust Grove Facility Operations (2012)*
  Medical Consultant

- *Marks v. Feng (2013)*
  Medical Consultant

- *Mangone v. Morris County Surgery Center (2014)*
  Medical Consultant

- *Goodwin v. University Hospitals Richmond Medical Center (2014)*
  Medical Consultant

## LIST of CURRENT RESEARCH INTERESTS:

- Visceral afferents in the gastrointestinal and urinary tracts and their role in visceral hyperalgesia
- Pelvic floor dysfunction and combined colonic and bladder hyperalgesia
- Chronic pelvic pain and the overlap of chronic pelvic pain disorders
- Role of ECM (extracellular matrix) in the management of ulcerative colitis
- Brain-gut-immune interactions in gastrointestinal disorders
- Stress effects on the brain-gut axis and inflammatory bowel disorders
-

## SERVICE:
- Medical school admissions interviewer--2002-2003, 2006-2007

## COMMUNITY:

| | | | | |
|---|---|---|---|---|
| 2013-14 | Manager | Steel City Predators 18U | Club Baseball Team |
| 2012-13 | Assistant Manager | Steel City Predators 17U | Club Baseball Team |
| 2011-12 | Assistant Manager | Steel City Predators 16U | Club Baseball Team |
| 2010-11 | Assistant Manager | Steel City Predators 14U,19U | Club Baseball Teams |
| 2009-10 | Assistant Manager | Steel City Predators 18U | Club Baseball Team |
| 2008-09 | Assistant Manager | Steel City Predators 17U | Club Baseball Team |
| 2007-08 | Assistant Manager | Pittsburgh Elite 16U | Club Baseball Team |
| 2006-07 | Assistant Manager | Pittsburgh Elite 15U | Club Baseball Team |
| 2005-06 | Assistant Manager | Pittsburgh Wild Things 14U | Club Baseball Team |
| 2004-05 | Assistant Manager | Pittsburgh Wild Things 13U | Club Baseball Team |
| 2003-04 | Manager | Pittsburgh Wild Things 12U | Club Baseball Team |
| 2003 | Manager | Upper St. Clair 11-12's | Rec Baseball Team |
| 2002 | Manager | Bethel Church League 9-10's | Rec Baseball Team |
| 2001 | Manager | Scott Athletic Assoc. 5-6's | Rec Baseball Team |

- Camp Physician—Deer Valley, PA. 2004, 2006, 2008, 2010—yearly 3 day, school-sponsored ecology field trip for 6th graders at Boyce Middle School, Upper St. Clair, PA.
- Physician Volunteer—Birmingham Clinic for Homeless—May 2011 to present.
- Physician Volunteer—Dominican Republic Outreach Program—Nov 2011.

# Exhibit B

## To the Expert Report of
## Dr. Michael A. Pezzone, M.D., Ph.D.

### *Additional Materials Considered*

**Publications.**

Barnett, R. The demonstration with the electron microscope of the end products of histochemical reactions in relation to the fine structure of cells. Exptl. Cell Res. 1959;7:65.

Dannaeus, A., Inganas, M., Johansson, S.G.O., and Foucard, T. Intestinal uptake of ovalbumin in malabsorption and food allergy in relation to serum IgG antibody and orally administered sodium cromoglycate. Clinical Allergy 1979; 9:263-70.

Heyman, M., Boudraa, G., Sarrut, S., Giraud, M., Evans, L., Touhami, M., Desjeux, J.F. Macromolecular transport in jejunal mucosa of children with severe malnutrition: a quantitative study. J Pediatr Gastroenterol Nut 1984; 3:357-363.

Husby, S. Normal immune responses to ingested foods. Journal of Pediatric Gastroenterology and Nutrition 2000; 30:s13-19.

Husby S, Jensenius JC, Svehag SE. Passage of undegraded dietary antigen into the blood of healthy adults. Scand J Immunol 1985c;22:83–92.

Husby, S., Jensenius, S.C., Svehag, S.E. Passage of undegraded dietary antigen in the blood of healthy adults. Further characterization of the kinetics of uptake and the size of distribution of the antigen. Scan J Immunol 1986; 24:447-455.

Jakobsson, I., Lindberg, T., Lothe, L., Axelson, I., Benediktsson, B. Human B-lactoglobulin as a marker of molecular absorption. Gut 1986; 27:1029-34.

Kararli, TT. Comparison of the gastrointestinal anatomy, physiology, and biochemistry of humans and commonly used laboratory animals. Bipharm Drug Dispos 1995;16:351-80.

Lorkowski, G. Gastrointestinal absorption and biological activities of serine and cysteine proteases of animal and plant origin: review on absorption of serine and cysteine proteases. *Int. J Physiol Pathophysiol Pharmacol* 2012; 4:10-27.

Paganelli R, Levinsky RJ. Solid phase radioimmunoassay for detection of circulating food protein antigens in human serum. *J Immunol Methods* 1980; 37:333–41.

Parlesak, A., Schafer, C., Schutz, T., Bode, J.C., and Bode, C. Increased intestinal permeability to macromolecules and endotoxemia in patients with chronic alcohol abuse in different stages of alcohol-induced liver disease. J. Hepatology 2000; 32:742-47.

Poriadkov, L.F., Kostyleva, M.G., Mazo, V.K, Gmoshinskii, I.V, and Vasilevskaia, L.S. Absorption and the immune response to ovalbumin administration by various methods in the dogs. Voprosy Pitaniia 1986; 6:37-40.

Ravin, H.A, Rowley, D., Jenkins, C., and Fine, J. On the absorption of bacterial endotoxin from the gastrointestinal tract of the normal and shocked animal. J Exptl. Med. 1960;112:783.

Rhodes, R.S., and Karnovsky, M.J.  Loss of macromolecular barrier function associated with surgical trauma to the intestine.  Lab. Invest. 1971; 25:220.

Sanders, E., and Ashworth, C.T.  A study of particulate intestinal absorption and hepatocellular uptake.  Use of polystyrene latex particles.  Exptl. Cell Res. 1961; 22:137.

Schatten, W.E.  The role of intestinal bacteria in liver necrosis following experimental excision of the hepatic arterial supply.  Surgery 1954; 36:256.

Walker, W.A., Cornell, R., Davenport, L.M., and Isselbacher, K.J.  Macromolecular absorption: Mechanism of horseradish peroxidase uptake and transport in adult and neonatal rat intestine.  J. *Cell Biol*.  1972; 54:195-205.

Worthington, B.S., Boatman, E.S., and Kenny, G.E.  Intestinal absorption of intact proteins in normal and protein-deficient rats.  *Am. J. Clin. Nutr*.  1974; 27:276-286.

Yokooji, T., Hamura, K., and Matsuo, H.  Intestinal absorption of lysozyme, an egg-white allergen, rats: Kinetics and effect of NSAIDs.  *Biochem. Biphys. Res. Comm*.  2013.  438:61-65.

**Other Documents Considered.**

Order Denying in Part and Granting in Part Defendant's Motion to Dismiss Class Action Complaint, Doc. 34, Case 3:15-cv-00292-HSG, May 19, 2015.

Expert Report of Richard P. Bazinet, Ph.D.

Transcript of the deposition of Dr. Richard Bazinet, Oct. 16, 2015.

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN CALIFORNIA

PHILLIP RACIES, On Behalf of Himself and
All Others Similarly Situated,

      Plaintiff,

  vs.

QUINCY BIOSCIENCE, LLC,

      Defendant.

Case No. 3:15-cv-00292-HSG


**EXPERT REPORT OF
WILLIAM BISORDI, M.D., F.A.C.P.**

**EXPERT REPORT OF WILLIAM BISORDI, M.D., F.A.C.P.**

# I.    INTRODUCTION.

1.    I, William Bisordi, M.D., FACP, submit this expert report at the request of Quincy Bioscience, LLC ("Quincy"), defendant in the above-captioned litigation.

2.    The opinions expressed in this Report are subject to amendment, supplementation or modification based on information made available to the parties in the case, or to respond to or rebut issues, statements and opinions advanced by the plaintiff Phillip Racies ("Racies" or "Plaintiff") or Plaintiff's witnesses.

3.    If called upon, I am prepared to testify about my background, qualifications, and experience as well as about the issues and opinions described in this Report.    Furthermore, I anticipate that I may be asked to provide testimony and to consider and respond to arguments that Plaintiff's expert(s) or fact witnesses may raise at any hearing, in reports, and/or at trial.

## A.    My Background and Qualifications.

4.    A copy of my updated *curriculum vitae* is attached as Exhibit A and includes details of my educational, professional, research and employment credentials.

5.    I received a Bachelor of Science Degree in Biology from Manhattan College in Riverdale, New York, in 1969, and an M.D. from St Louis University College of Medicine in 1973.

6.    I have been practicing medicine for more than 35 years, and am currently certified by the American Board of Internal Medicine, and the American Board of Gastroenterology.  I am a Fellow (Life Member) of the American College of Physicians, a Senior Member of the American Gastroenterological Association, and a member of the American Society of Gastrointestinal Endoscopy.

1

7.      I previously served as a Clinical Assistant Professor of Medicine at New York Medical College, on the Board of Directors of the Westchester Medical Center and as the Chief of Gastroenterology of Sound Shore Medical Center.

8.      At present, I am a Hearing Board Member of the New York State Department of Health Office of Professional Medical Conduct and have held that position since 2003.

### B.      Prior Testimony and Compensation.

9.      During the past four years, I have provided expert testimony at trial in the following cases:

- *Alberici v. Wolfson, M.D.*, Kings Supreme Court, NY, Case #026286/2011 (testified in 2014);

- *Fasulo v. Vento*, Kings Supreme Court, NY, Case #16189/2010 (testified in 2014);

- *Estate of Richard Willis v. Paula Bailey, M.D. and Steven Shedlovsky, M.D.*, Fayette, KY Circuit Court Division 4, KY, Case #09-C1-1950 (testified in 2013);

- *Ideliza v. Solano*, New Britain, CT, Case # CV-07-5006287-S (testified in 2012).

10.      I am being compensated at my customary rate of $400/hour for my work on this matter.  My compensation does not depend in any way on the outcome of this case.

### C.      Materials Considered and Preparation.

11.      The opinions and the statements I make in this Report are based on my knowledge, expertise and professional experience.  In addition, I rely on and incorporate by reference the documents and information cited in the Report itself and listed in Exhibit B.

2

II.    **OPINIONS.**

A.    **Legal Understanding.**

12.    I reviewed the Court's Order denying in part and granting in part Quincy's Motion to Dismiss Racies' Complaint. My understanding is that the Court dismissed any claims that are based on any "lack of substantiation" of the benefits of taking Prevagen®. The Court allowed some claims to proceed, and ordered the Plaintiff to "affirmatively prove the falsity of Defendant's Product claims." (D.I. 34 at 6).

13.    The Court quoted Plaintiff's allegations:

(1) [the Product] cannot work as represented because apoaequorin, the only purported active ingredient in [the Product], is completely destroyed by the digestive system and transformed into common amino acids no different than those derived from other common food products . . . : (2) the average daily diet contains about 75 grams of protein, contains all the required amino acids, and has about 7,500 times more amino acids than [the Product] (10 mg or 0.01 grams) and, as a result, any amino acids derived from the digestion of [the Product] would be massively diluted and could have no measurable effect on the brain: (3) ingestion of [the Product] cannot and does not have any effect on brain function or memory."

*(Id.)*

14.    The Court then Ordered Plaintiff to "successfully prove that the apoaequorin in the Product is destroyed by the human digestive system or is of such a trivial amount that it cannot biologically affect memory or support brain function." (*Id.*).

B.    **Plaintiff's Expert Dr. Richard Bazinet's Statements Contradict Plaintiff's Allegations.**

15.    I have reviewed the expert report of Dr. Richard Bazinet, an expert witness retained by Plaintiff, and the transcript of Dr. Bazinet's deposition of October 16, 2015. Neither Bazinet nor the Plaintiff provided any evidence that can affirmatively

3

prove, as the Court required them to do, that apoaequorin in Prevagen is "destroyed" by the human digestive system or is of such a "trivial" amount that it cannot carry out some effect in humans.

16.    As the Court noted, Plaintiff has alleged that (1) "Prevagen *cannot* work because apoaequorin is *completely* destroyed by the digestive system and transformed into *common amino acids*"; and (2) "*any amino acids* derived from the digestion of Prevagen would be massively diluted and could have no measurable effect on the brain."

17.    Upon my review, it is my professional opinion that Dr. Bazinet did not provide any evidence whatsoever to show that apoaequorin is "completely" digested to "common amino acids," in a human body or otherwise.  Dr. Bazinet actually stated in his expert report that "before aqoaequorin even enters the intestine it has been reduced down to amino acids *and possibly some small peptides.*"

18.    As discussed further below, amino acids and "small peptides" are two different things.  Therefore, Dr. Bazinet's statement that apoaequorin is reduced to small peptides contradicts Plaintiff's first allegation that "Prevagen *cannot* work because apoaequorin is *completely* destroyed by the digestive system and transformed into *common amino acids.*"

19.    Dr. Bazinet admits that he has done no testing of apoaequorin and that he has not run any digestion studies. (Dep. Tr. at 33).  During his deposition, Dr. Bazinet again confirmed that "Proteins are broken down into amino acids *and some small peptides in some cases.  And those are how we absorb proteins, actually.*"  (Dep. Tr. at 110; *see also id.* at 141-42).  Specific to apoaequorin, Dr. Bazinet testified he had *no evidence* that it is entirely digested into single amino acids.  (Dep. Tr. at 121).  Dr.

4

Bazinet also testified that "small peptides can enter the blood" after protein ingestion. (Dep. Tr. at 138-39)

**C.**  **Scientific and Medical Evidence Supports That Proteins and Peptides Can Enter the Blood Stream after Human Ingestion.**

20.    Dr. Bazniet admitted that he had never worked on apoaequorin outside the context of this litigation.  He never ran any tests on apoaequorin.  His opinions on how apoaequorin would be digested in a human body are largely an extrapolation of what he believed to be a general principle that "all" proteins would be digested into amino acids and therefore have no effect in the body.  (Dep. Tr. at 109).  Dr. Bazinet's opinion is wrong.  Indeed, he admits that peptides can enter the blood stream after being ingested on more than one occasion. (Dep. Tr. at 110, 139).  He also states that proteins vary on how much they are digested to peptides and amino acids. (Dep. Tr. at 259).

21.    A review paper by Michael Gardner published in 1988 in the Annual Review of Nutrition stated (a) "it is commonly assumed that dietary proteins are digested completely to free amino acids within the lumen of the gastrointestinal tract before absorption occurs, or (b) that only trace amounts of macromolecular fragments enter the circulation and that these are of absolutely no nutritional, physiological, or clinical relevance. The first of these assumptions is blatantly untrue. It is now known that intestinal peptide transport is a major process with the terminal stages of protein digestion occurring intracellularly after transport of peptides into the mucosal absorptive cells. Also, there is now irrefutable evidence that small amounts of intact peptides and proteins do enter the circulation under normal circumstances. Intact protein absorption must now be regarded as a normal physiological process in humans and animals." (Gardner 1988, at 329, 330).

5

22.     Another paper observed "Within the last four decades the view on the absorption of high molecular weight molecules (e.g. proteins and peptides) across the gastrointestinal barrier has completely changed.  It is now accepted beyond reasonable doubt that significant (albeit small) amounts of macromolecules can be absorbed in intact and biologically active form." (Lorkowski 2012, at 13).

23.     Castell et al. conducted a study that concluded that bromelain, a mixture of proteins extracted from pineapple stem, can enter the blood of healthy human subjects *as full-length proteins* after it is ingested.  Bromelain is a digestive enzyme and freely crosses the gut without toxicity or allergenicity and without losing its activity.  It possesses fibrinolytic, anti-edematous, anti-thrombotic, and anti-inflammatory activities.  Castell's group detected ingested bromelain in the blood by an immunoassay.  Half-lives of circulating bromelain were established for up to nine hours in healthy male subjects taking three grams per day of the enzyme.

24.     According to the Castell et al. study discussed above, the major protein component of bromelain in the blood appears to be about 24 kiloDaltons (kDa), which I understand corresponds to the full-length proteins in bromelain.  Thus, it can be concluded that full-length proteins are present in the blood.  Coincidentally, the size of bromelain is similar to the size of apoaequorin (about 21 kDa).  (Castell 1997, at G143; *see also* Maurer 2001, at 1241).

25.     Castell et al. showed that ingested bromelain can reach a blood concentration of as high as 9.8 ng/ml.  (Castell 1997, at G142 Table 1). This data conclusively refutes the false premise Dr. Bazinet relied on, which is that all dietary proteins are digested into amino acids.

6

26.     Ero et al. reported that Nattokinase, a 27.5 kDa serine protease has been shown to enter the body systemically to effect the degradation of fibrinolytic proteins involved in clotting in the serum.  Nattokinase is detected directly in the bloodstream of its users. A 2013 study demonstrated the pharmacokinetics of a single capsule (100 milligrams) of Nattokinase.  The peak concentration for the protein was obtained at an average of 13.3 hours over a 48 hour assay when 11 persons age 21- 65 took the capsule. (Ero et al 2013).

**D.     Numerous Studies, Including Randomized, Controlled Clinical Studies in Humans Have Shown That Ingested Proteins or Peptides Can Have a Biological Effect.**

24.     Set forth below is a summary of multiple controlled clinical trials with bromelain (Maurer 2001, at 1243 Table 5):

Table 5.  Selection of controlled clinical studies with bromelain.

| Diagnosis | Design of study | n | Drug, daily dosage | Critical parameters, results, observations | Ref. |
|---|---|---|---|---|---|
| Acute sinusitis | r, db, Pl | V : 23<br>Pl : 25 | 4 × 40 mg Br | inflammation, secretion, breathing, disturbance, pain.<br>V significantly better than Pl | 25 |
| Face and head trauma | db, Pl | V : 20<br>Pl : 21 | 4 × 40 mg Br | edema, ecchymoses; reduction by V highly significant | 19 |
| Trauma of lower extremity | r, b, Cd | V : 18 | 3 × 40 mg Br<br>3 × 1000 mg Cd | pain, edema, hematoma. V significantly better than oxyphenbutazone (Cd) | 80 |
| Posttraumatic inflammation and swelling | r, b, Cd | V : 60<br>Cd : 60 | 3 × 40 mg Br<br>3 × 1000 mg Cd | hematoma, edema, flexibility, pain; equivalence of V and oxyphenbutazone (Cd) | 81 |
| Postoperative tumefactions | r, db, Pl | V : 50<br>Pl : 50 | 3 × 80 mg Br | girth of ball of forefoot, smallest girth of forefoot pain intensity; significant improvement of all parameters by V | 82 |
| Mediolateral episiotomy | r, db, Pl | V : 80<br>Pl : 80 | 4 × 40 mg Br | edema, inflammation, pain; V significantly better than Pl | 83 |
| Oral surgery (teeth extraction) | r, db, cr | 16 | 4 × 40 mg Br | swelling, pain; less inflammation and pain by V | 84 |

*n*, number of patients; r, randomized; db, double-blind; cr, cross-over; Pl, placebo; Cd, control drug; Br, bromelain; V, verum.

7

25.     In multi-center, double-blind, randomized studies, ingested serrapeptase was shown to reduce inflammation (Tachibana 1984; Mazzone 1990). In both the Tachibana and the Mazzone studies, patients took 30 mg of the protein daily, an amount similar to the amount of apoaequorin one would get from Prevagen, which is 10 or 20 mg per day. In an open-labeled trial, serrapeptase reduced mucus in patients (Nakamura 2003).

26.     In other research, therapeutic approaches have involved the blend of plant and animal hydrolytic enzymes. This treatment has been used to reduce swelling and advance healing of patients undergoing jaw surgeries as tested in a double-blind, randomized, placebo-controlled clinical trial (Shetty, 2013).

27.     Therefore plaintiff's expert witness, Dr. Richard Bazinet, is mistaken in his belief that all proteins entering the gastrointestinal tract are hydrolyzed to constituent amino acids, and that apoaequorin would be destroyed before uptake would effect a physiological response. He goes to lengths to assert that proteins and peptides differ but does not discuss how they differ. Peptides are small proteins and most often linear as opposed to globular: that is the only significant scientific difference. Peptides are understood to be fragments of larger polypeptides. All secreted proteins are, in fact, fragments of larger polypeptides and many secreted proteins, as well as intracellular proteins, have no function until they are fragmented into smaller polypeptide entities, i.e., peptides.

28.     It is well known proteins could become biologically active in the human gastrointestinal tract after hydrolysis into smaller fragments. In a recent paper, over 134

8

peptides were identified as angiotensin-I converting enzyme inhibitors. A partial list of these peptides was given in the table below (Agyei, 2015):

*Bioactive Proteins and Peptides from Soybeans*                    *Recent Patents on Food, Nutrition & Agriculture, 2015, Vol. 7, No. 1*    3

**Table 1.    Some examples of soy-derived peptides and their bioactive properties.**

| Identified Peptide / Amino Acid Sequence | Bioactive Properties | Description of Bioactivity | Mode of Production and Isolation /Purification | Ref. |
|---|---|---|---|---|
| Peptides from glycinin and β-conglycinin | Antimicrobial properties | Peptides inhibited the growth of *Escherichia coli*, *Staphylococcus aureus*, *Pseudomonas aeruginosa*, *Salmonella enterica*, *Klebsiella pneumoniae*, *Streptococcus mutans* and *Propionibacterium acnes* | Pepsin hydrolysis and dialysis (3,500 kDa cutoff membrane) | [10] |
| Peptides from glycinin and β-conglycinin | Antioxidative | Scavenging of ABTS and DPPH radicals; and inhibition of β-carotene oxidation | Pepsin hydrolysis and dialysis (3,500 kDa cut-off membrane) | [10] |
| Soy aglycin (peptide with 37 amino acid residues) | Antidiabetic | Improvement in oral glucose tolerance ; control of hyperglycemia; increase in insulin receptor signalling pathways in diabetic mice | Not reported | [11] |
| Peptides from β-conglycinin (Leu-Leu-Pro-His-His) | Antioxidative | Inhibition of linoleic acid auto-oxidation in an aqueous system | Hydrolyses with protease S, and purification by gel filtration and reversed-phase HPLC | [12, 13] |
| Low molecular weight peptides (NMWCO < 3 kDa) | Antioxidative | Lipid peroxidation inhibition | Alcalase hydrolysis of soy proteins, and purification by ultrafiltration, gel filtration and reversed-phase HPLC | [14] |
| Protein hydrolysates with MW of 10-50 kDa | Anticancer | Inhibition of human colon, lung and liver cancer cells | Alcalase hydrolysis of soy protein isolate, and purification by reversed-phase HPLC | [15] |
| Lunacin | Anti-inflammatory; Antioxidative; Antihypertensive | Various multifunctional properties | Solvent extraction and ion-exchange and reverse-phase chromatography | [16, 17] |
| Lunacin | Anticancer | Topical application of lunasin causes chemopreventive effects against skin tumors in SENCAR mice | Recombinant DNA technology | [18] |
| Met-Leu-Pro-Ser-Try-Ser-Pro-Try | Anticancer | Antimitotic properties | Thermoase hydrolysis of soy proteins, and purification by solid phase extraction and HPLC | [19] |
| Natto hydrolysates with Phe-Phe-Tyr-Tyr and Trp-His-Pro sequences | Antihypertensive peptides | Inhibition of ACE | Hydrolysis by bacterial neutral protease | [20] |
| Soy protein hydrolysates containing Leu-Ile-Val-Thr-Gln sequences | Antihypertensive peptides | Inhibition of ACE | Fermentation of soy proteins by lactobacilli | [21] |
| Soy morphin-5 (Tyr-Pro-Phe-Val-Val) | Opioid | Anxiolytic (anxiety relieving) properties in mice | Fmoc peptide synthesis | [22] |
| Soymetide (Met-Ile-Thr-Leu-Ala-Ile-Pro-Val-Asn-Lys-Pro-Gly-Arg) | Immunostimulating | Increased phagocytosis by human polymorphonuclear leucocytes; Activity chemotherapy-induced alopecia in mice | Trypsin hydrolysis of β-conglycinin, and ion-exchange purification, reversed-phase HPLC | [23, 24] |
| Ethanol soluble soy protein hydrolysates | Hypocholesterolemic | Cholesterol lowering properties via stimulation of low-density lipoprotein receptor transcription in human liver cell lines | Hydrolysis by neutral proteases from *Bacillus amyloliquefaciens* FSE-68; and ethanol extraction | [25] |

ABTS, 2,2'-azino-bis-3-ethylbenzthiazoline-6-sulphonic acid; DPPH, 1,1-diphenyl-2-picrylhydrazyl; HPLC, high performance liquid chromatography; NMWCO, nominal molecular weight cut off; ACE, angiotensin converting enzymes; Fmoc, fluorenylmethyloxycarbonyl chloride.

9

29. As reflected in the table above, food can be a natural source of bioactive peptides due to the hydrolytic processes that occur during gastrointestinal digestion.

**E.    Plaintiff's Second Allegation, That "*Any Amino Acids* Derived from the Digestion of Prevagen Would Be Massively Diluted and Could Have No Measurable Effect on the Brain," Also Lacks Support.**

30. As discussed above, Racies or Dr. Bazinet provided no evidence that apoaequorin is digested all the way down to single amino acid after ingestion by humans. The "dilution" allegation has no support when an ingested protein is not digested to single amino acids.

31. The discussion above provided some examples of bioactive peptides that are specific portions of proteins with between two and twenty amino acids. They are different from amino acids with respect to "dilution," because the number of different types of peptides is exponentially larger than the number of different types of amino acids. The administration of some types of peptides can have a therapeutic effect, and certainly a biological effect, when introduced into the human body. The ingested peptides are not "diluted" by or equivalent to peptides that can be generated by other dietary proteins.

32. For example, peptides consisting of two to six amino acid residues were identified as ACE inhibitors by administration to rats. (de Castro 2015, at 194). The point is that some ingested peptides do not simply provide nutrition—they are bioactive and not "diluted" by other dietary proteins or the proteins in an animal's body. Dr. Bazinet states that "all dietary proteins are digested into amino acids. There's not one

10

exception." (Dep. Tr. at 120). This is clearly not the case as proteins can be broken down into peptides, some of which can be bioactive.

## III.    CONCLUSION.

33.    Regardless of the exact mechanism of absorption or action, the relevant studies cited herein show that ingested proteins, or some parts of them, are absorbed by the human body, resulting in a measurable effect. The results from these studies refute the notion that all ingested proteins are digested in humans to indistinguishable and "diluted" amino acids and cannot have a measurable effect in the body. To the contrary, these published studies show that proteins, when ingested in the milligrams-range, can and do have a biological effect in humans.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  November 9, 2015

William Bisordi, M.D., F.A.C.P.

11

# Exhibit A

## To the Expert Report of
## Dr. William Bisordi, M.D., FACP

## *Curriculum Vitae*

William Bisordi, MD, FACP
151 Rockland Ave.
Larchmont, NY 10538
phone/fax 914 834 8426

**DATE OF BIRTH:** 11/13/1947

**PLACE OF BIRTH:** Mt. Vernon, N.Y.

**MEDICAL LICENSURE:** New York State

**CERTIFICATION:**

American Board of Internal Medicine, 1976
American Board of Gastroenterology, 1977
National Board of Medical Examiners, Diplomate 1974
Recertified 1992

**EDUCATION:**

Medical School:
St. Louis University School of Medicine, 1969-1973
College:
Manhattan College, Riverdale, N.Y., 1965-1969
B.S. ( Biology)

**POSTGRADUATE TRAINING:**

Fellowship:
Gastroenterology, Strong Memorial Hospital, University of Rochester, N.Y. 1975-1977
Residency:
Internal Medicine, Cornell University Cooperating Hospitals
New York, N. Y. 1973-1975
Internship:
Internal Medicine, Cornell University Cooperating Hospitals
New York, N. Y. 1973-1974

**APPOINTMENTS:**

Fellow ( Life Member) American College of Physicians, 1978- present
Clinical Assistant Professor of Medicine, New York Medical College,
1992-2003
Board of Directors, Westchester Medical Center, 1997-2003
Chief of Gastroenterology, Sound Shore Medical Center, 1991-1992
Attending Physician, Sound Shore Medical Center, 1977-1994
Attending Physician, Mt. Vernon Hospital, 1977-1994
Chairman Quality Care Committee, Westchester Medical Center,
1998-2003
Medical Malpractice Committee, Westchester Medical Center, 1998-2003

Westchester County Health Care Corporation Board Liaison to New York
Medical College Board of Trustees 1998-2003
Executive Performance Improvement Committee, Westchester Medical
Center, 1998-2003
Board of Directors, Hemophilia Association of New York, 1998-2001
Medical Affairs Chairman, Westchester Hemophilia Committee, 1977-2001

**AWARDS:**

American Medical Association Physician's Recognition Award for
Continuing Medical Education, May 1 2011- May 1 2012

**PROFESSIONAL SOCIETIES:**

American College of Physicians, Fellow, Lifetime Member, 1978- present
American Gastroenterological Association, Senior Member, 1978- present
American Society of Gastrointestinal Endoscopy, 1978- present

**PUBLICATIONS:**

Bisordi WM, Lightdale CJ. Discordancy of ulcerative colitis in identical twins. American
Journal of Digestive Diseases. January 1976
Bisordi WM, Lightdale CJ. Menetrier's Disease and carcinoma of the
pancreas.  American Journal of Gastroenterology. January 1976
Bisordi WM, Kleinman MS. An improved snare for removal of
rectosigmoid polyps. American Journal of Digestive Diseases. December 1976
Bisordi WM, Kleinman MS. Melanosis duodeni. American Journal of
Gastrointestinal Endoscopy. May 1976

**CAREER EXPERIENCE:**

**New York State Department of Health Office of Professional Medical
Conduct,** Hearing Board, 2003- present

**Board of Directors, Secretary, Westchester Health Care Corporation,**
1998-2003

**Expert Medical Record Review,** for plaintiff and defense cases, 1992- present

**Medical Director,** Care Plus Health Plan, 1995-1997

**Senior Physician Consultant,** Island Peer Review Organization,
1992-1998

**Private Practice,** Gastroenterology, 1977-1994

# Exhibit B

To the Expert Report of

Dr. William Bisordi, M.D., FACP

*Additional Materials Considered*

## JOURNAL ARTICLES

Aalberse, R., Structural biology of allergens. J Allergy Clin. Immunol. August 2009. Vol 106, No. 2, 228-38.

Abd el Dayem, S. M., Alpha-chymotrypcin ameliorates neuroinflammation and apoptosis characterizing Alzheimer's disease-induced in ovarictomized rats. Experimental and Toxicologic Pathology 65 (2013) 477– 483.

Abeyrathne, E. D. N. S., Egg white proteins & their potential use in food processing or as nutraceutical & pharmaceutical agents—A review. June 8, 2013. Poultry Science 92: 3292–99.

Abeyrathne, E. D. N. S., Sequential separation of lysozyme, ovomucin, ovotransferrin, and ovalbumin from egg white. 2014 Poultry Science 93 :1001–1009.

Agyei, D., Bioactive Proteins and Peptides from Soybeans. Recent Pat Food Nutr Agric. 2015;7(2):100-7.

Ahmad, F., Nutraceutical is the Need of Hour. World Journal of Pharmacy and Pharmaceutical Sciences. August 20, 2013. Vol. 2, Issue 5, 2516-2525.

Alafuzoff, I., Blood-brain barrier in Alzheimer dementia and in non-demented elderly. Acta Neuropathol (Berl) (1987) 73:160-166.

Alemán, A., Marine collagen as a source of bioactive molecules. A review. Institute of Food Science, Technology and Nutrition (ICTAN-CSIC)**, Ciudad Universitaria, 28040.

Amid, A., Effects of Operating Conditions in Spray Drying of Recombinant Bromelain. Journal of Applied Science and Agriculture, 9(20) Special 2014, Pages: 37-43.

Amini, A., Bromelain and N-acetylcysteine inhibit proliferation and survival of gastrointestinal cancer cells in vitro: significance of combination therapy. Journal of Experimental & Clinical Cancer Research 2014, 33:92.

Arshad, Z. I. M., Bromelain: an overview of industrial application and purification strategies. Appl Microbiol Biotechnol (2014) 98:7283–7297.

Astwood, J.D., Stability of Food Allergens to Digestion In Vitro. Nature Publishing Group. June 19, 1996. 14: 1269-73.

Bailey, R. et al., Why US Adults Use Dietary Supplements. JAMA INTERN MED. VOL 173 (NO. 5), MAR 11, 201, 355-361.

Bannon, G., Protein Digestability and Relevance to Allergenicity. Environmental Health Perspectives. June 2003. 111 (8) 1122-1124.

1

Bell, R., Neurovascular mechanisms and blood–brain barrier disorder in Alzheimer's disease. Acta Neuropathol. 2009 July; 118(1): 103–113.

Beuth, J., Proteolytic Enzyme Therapy in Evidence-Based Complementary Oncology: Fact or Fiction? Integrative Cancer Therapies Vol. 7, No. 4, December 2008. 311-316.

Bhagat, S. et al., Serratiopeptidase: A systematic review of the existing evidence. International Journal of Surgery 11 (2013) 209-217.

Biziulevic̆ius, G., Where do the immunostimulatory effects of oral proteolytic enzymes ('systemic enzyme therapy') come from? Microbial proteolysis as a possible starting point. Medical Hypotheses (2006), 67, 1386–1388.

Blinks, J., Use of Photoproteins as Intracellular Calcium Indicators. Environmental Health Perspectives, Vol. 84, pp. 75-81, 1990

Bradley, P., Bromelain Containing Enzyme-Rutosid Combination Therapy is as Effective as Nonsteroidal Antiinflammatory Agents for Treatment of Osteoarthritis. School of Physician Assistant Studies. (2014) Paper 475.

Brini, M., Nuclear Ca2+ concentration measured with specifically targeted recombinant aequorin. The EMBO Journal vol. 12 no. 12 pp.4813 - 4819, 1993.

Brown, R. C., Calcium Modulation of Adherens and Tight Junction Function A Potential Mechanism for Blood-Brain Barrier Disruption After Stroke. Stroke. 2002;33:1706-1711.

Casadei, J., Expression and secretion of aequorin as a chimeric antibody by means of a mammalian expression vector. Proc Natl Acad Sci U S A. 1990 Mar;87(6):2047-51.

Castell, J. V., Intestinal absorption of undegraded proteins in men: presence of bromelain in plasma after oral intake. Am J Physiol. 1997 Jul;273(1 Pt 1):G139-46.

Choonara, B. F., A review of advanced oral drug delivery technologies facilitating the protection and absorption of protein and peptide molecules. Biotechnology Advances 32 (2014) 1269–1282.

Chuang, E., Calcium depletion-mediated protease inhibition and apical-junctional-complex disassembly via an EGTA-conjugated carrier for oral insulin delivery. Journal of Controlled Release 169 (2013) 296–305.

De Bock, M., Connexin channels provide a target to manipulate brain endothelial calcium dynamics and blood–brain barrier permeability. Journal of Cerebral Blood Flow & Metabolism (2011) 31, 1942–1957.

2

De Bock, M., Endothelial calcium dynamics, connexin channels and blood–brain barrier function. Progress in Neurobiology 108 (2013) 1–20.

Deng, L., All three Ca2+-binding loops of photoproteins bind calcium ions: The crystal structures of calcium-loaded apo-aequorin and apo-obelin. Protein Science (2005), 14:663–675.

Devi, C. et al., Studies on Growth Kinetics of Serratia marcescens VITSD2 and Optimization of Fermentation Conditions for Serratiopeptidase Production. Anti-Inflammatory & Anti-Allergy Agents in Medicinal Chemistry, 2014, 13, 88-92.

El Sohaimy, S.A., Functional Foods and Nutraceuticals-Modern Approach to Food Science. World Applied Sciences Journal 20 (5): 691-708, 2012.

Ettienne, E. M., Control of Contractility in Spirostomum by Dissociated Calcium Ions. J Gen Physiol. 1970 Aug;56(2):168-79.

Fadl, N. et al., Serrapeptase and nattokinase intervention for relieving Alzheimer's disease pathophysiology in rat model. Human and Experimental Toxicology, 32(7) 721–735 ( 2013).

Fardet, A., New hypotheses for the health-protective mechanisms of whole-grain cereals: what is beyond fibre? Nutrition Research Reviews (2010), 23, 65–134.

Fasano, A., Mechanisms of Disease: the role of intestinal barrier function in the pathogenesis of gastrointestinal autoimmune diseases. Nat Clin Pract Gastroenterol Hepatol. 2005 Sep;2(9):416-22.

Fasano, A., Zonulin and Its Regulation of Intestinal Barrier Function: The Biological Door to Inflammation, Autoimmunity, and Cancer. Physiol Rev 91: 151–175, 2011.

Fioretti, E., Heterotropic modulation of the protease-inhibitor-recognition process Cations effect the binding properties of a-chymotrypsin. Eur. J. Biochem. 225,459-465 (1994).

Fouz, N., Cytokinetics Study on MCF-7 Cells Treated with Commercial and Recombinant Bromelain. Asian Pac J Cancer Prev. 2014 Jan;14(11):6709-14.

Fouz, N., Gene Expression Analysis in MCF-7 Breast Cancer Cells Treated with Recombinant Bromelain. Appl Biochem Biotechnol (2014) 173:1618–1639.

Frazer, D. M., Intestinal iron absorption during suckling in mammals. Biometals (2011) 24:567–574.

Freeman, H. J., Clinical relevance of intestinal peptide uptake. World J Gastrointest Pharmacol Ther 2015 May 6; 6(2): 22-27.

Freitas, A. C., Marine biotechnology advances towards applications in new functional foods. Biotechnology Advances. November–December 2012. 30 (6) 1506–1515.

3

Fu, T.J., Digestibility of Food Allergens and Nonallergenic Proteins in Simulated Gastric Fluid and Simulated Intestinal Fluids A Comparative Study. J. Agric. Food Chem. 2002, 50, 7154-7160.

Fujita, M., Purification and Characterization of a Strong Fibrinolytic Enzyme (Nattokinase) in Vegetable Cheese Natto, a Popular Soybean Fermented Food in Japan. Vol. 197, No. 3, December 30, 1993. 1340-1347.

Gardner, M. L. G., Absorption of Intact Peptides: Studies on Transport of Protein Digests and Dipeptides Across Rat Small Intestine. Quarterly Journal of Experimental Physiology (1982) 67, 629-637.

Gardner, M. L. G., Gastrointestinal Absorption of Intact Proteins. Ann. Rev. Nutr. 1988. 8:329-50.

Geldenhuys, W. J., Evolution of a Natural Products and Nutraceuticals Course in the Pharmacy Curriculum. American Journal of Pharmaceutical Education 2015; 79 (6) Article 82.

George, S., Functional Characterization of Recombinant Bromelain of Ananas comosus Expressed in a Prokaryotic System. Mol Biotechnol (2014) 56:166–174.

Grabovac, V. et al., Papain: An Effective Permeation Enhancer for Orally Administered Low Molecular Weight Heparin. Pharmaceutical Research, Vol. 24, No. 5, May 2007 (2007), 1001-06.

He, W., Denatured globular protein and bile salt-coated nanoparticles for poorly water-soluble drugs: Penetration across the intestinal epithelial barrier into the circulation system and enhanced oral bioavailability. International Journal of Pharmaceutics 495 (2015) 9–18.

Heyman, M., Horseradish peroxidase transport across adult rabbit jejunum in vitro. Am J Physiol. 1982 Jun; 242(6):G558-64.

Heyman, M., Intestinal permeability in coeliac disease: insight into mechanisms and relevance to pathogenesis. Gut. 2012 Sep;61(9):1355-64.

Himaya, S.W. A., Peptide Isolated from Japanese Flounder Skin Gelatin Protects against Cellular Oxidative Damage. J. Agric. Food Chem. 2012, 60, 9112–9119.

Hsu, R., Amyloid-Degrading Ability of Nattokinase from Bacillus subtilis Natto. J. Agric. Food Chem. 2009, 57, 503–508.

Iadecola, C., Dangerous Leaks: Blood-Brain Barrier Woes in the Aging Hippocampus. Neuron. 2015 Jan 21;85(2):231-3.

4

Inouye, S., Blue fluorescent protein from the calcium-sensitive photoprotein aequorin is a heat resistant enzyme, catalyzing the oxidation of coelenterazine. FEBS Lett. 2004 Nov 5;577(1-2):105-10.

Jae-Young, J. et al., Purification and characterization of an antioxidant peptide obtained from tuna backbone protein by enzymatic hydrolysis. Process Biochemistry 42 (2007) 840–846.

Jahan-Mihan, A., Dietary Proteins as Determinants of Metabolic and Physiologic Functions of the Gastrointestinal Tract. Nutrients 2011, 3, 574-603.

Jasper, H., Exploring the physiology and pathology of aging in the intestine of Drosophila melanogaster. Invertebr Reprod Dev. 2015 Jan 30;59(sup1):51-58.

Jeung, H., Lunasin Is Prevalent in Barley and Is Bioavailable and Bioactive in In Vivo and In Vitro Studies. Nutrition and Cancer, 62(8), 1113–1119.

Jeung, H., The Cancer Preventive Seed Peptide Lunasin From Rye Is Bioavailable and Bioactive. Nutrition and Cancer, 61(5), 680–686.

Ji, H., Mechanisms ofNattokinaseinprotectionofcerebralischemia. European Journal of Pharmacology. 745(2014)144–151

Kalra, E., Nutraceutical - Definition and Introduction. AAPS PharmSci 2003; 5 (3) Article 25.

Kim, S., Bioactive Compounds from Marine Sponges and Their Symbiotic Microbes: A Potential Source of Nutraceuticals. Adv Food Nutr Res. 2012;65:137-51.

Korhonen, H., Milk-derived bioactive peptides: From science to applications. Journal of Functional Foods. 177-187.

Kurosawa, Y., A single-dose of oral nattokinase potentiates thrombolysis and anticoagulation profiles. Sci Rep. 2015 Jun 25;5:11601

Latha, B. et al., The efficacy of Trypsin: Chymotrypsin preparation in the reduction of oxidative damage during burn injury. Burns 24 (1998), 532-538.

Li, X., Expression and purification of recombinant nattokinase in Spodoptera frugiperda cells

Lönnerdal, B., Nutritional and physiologic significance of human milk proteins. Am J Clin Nutr 2003;77(suppl):1537S–43S. Biotechnol Lett (2007) 29:1459–1464.

Lorkowski, G., Gastrointestinal absorption and biological activities of serine and cysteine proteases of animal and plant origin:  review on absorption of serine and cysteine proteases.  Int. J Physiol Pathophysiol Pharmacol 2012; 4:10-27.

5

Lucas, J. S. A., The effect of digestion and pH on the allergenicity of kiwifruit proteins. Pediatr Allergy Immunol 2008: 19: 392–398.

Martínez-Maqueda, D., Antihypertensive peptides from food proteins: a review. Food Funct. 2012 Apr;3(4):350-61.

Maurer, H. R., Bromelain: biochemistry, pharmacology and medical use. CMLS, Cell. Mol. Life Sci. 58 (2001) 1234–1245.

Mazzone, A., Evaluation of Serratia Peptidase in Acute or Chronic Inflammation of Otorhinolaryngology Pathology: a Multicentre, Double-blind, Randomized Trial versus Placebo. The Journal of International Medical Research 1990; 18: 379 - 388

Montagne, A., Blood-Brain Barrier Breakdown in the Aging Human Hippocampus. Neuron. January 21, 2015. 85, 296–302.

Montgomery, K., Enzymes for Inflammation: Natural Proteolytic Enzymes Offer Relief from Pain and Swelling. Natural Foods Merchandiser; Nov 2005; 26, 11.

Moran, D. L., Safety assessment of the calcium-binding protein, apoaequorin, expressed by Escherichia coli. Regulatory Toxicology and Pharmacology. February 13, 2014. 69(2014) 243–49.

Moreno, F. J., Gastrointestinal digestion of food allergens: Effect on their allergenicity. Biomedicine & Pharmacotherapy 61 (2007) 50-60.

Mouneshkumar, C. D., Comparison of clinical efficacy of methylprednisolone and serratiopeptidase for reduction of postoperative sequelae after lower third molar surgery. J Clin Exp Dent. 2015;7(2):e197-202.

Muheem, A., A review on the strategies for oral delivery of proteins and peptides and their clinical perspectives. Saudi Pharmaceutical Journal. (2014) 1-16.

Muntari, B. et al., Recombinant bromelain production in Escherichia coli: process optimization in shake flask culture by response surface methodology. AMB Express 2012, 2:12.

Nakamura, S., Effect of the proteolytic enzyme serrapeptase in patients with chronic airway disease. Respirology (2003) 8, 316–320.

Nelson, N., Purple Carrots, Margarine Laced With Wood Pulp? Nutraceuticals Move Into the Supermarket. J Natl Cancer Inst. 1999 May 5;91(9):755-7.

Ngo, D., Biological activities and potential health benefits of bioactive peptides derived from marine organisms. International Journal of Biological Macromolecules 51 (2012) 378– 383.

6

Oishi, O., Validity of putative calcium binding loops of photoprotein aequorin. FEBS Lett. 1992 Aug 3;307(3):272-4.

Ortiz-Martinez, M., Preventive and therapeutic potential of peptides from cereals against cancer. JOURNAL OF PROTEOMICS 111 (2014) 165 – 183.

Pali-Schöll, I., Antacids & Dietary Supplements with an Influence on the Gastric pH Increase the Risk for Food Sensitization. Clin Exp Allergy. July 2010. 40(7): 1091-98.

Pangestuti, R. Optimization of hydrolysis conditions, isolation, and identification of neuroprotective peptides derived from seahorse Hippocampus trimaculatus. Amino Acids (2013) 45: 369-381.

Pansuriya, R. C., Evolutionary Operation (EVOP) to Optimize Whey-Independent Serratiopeptidase Production from Serratia marcescens NRRL B-23112. J. Microbiol. Biotechnol. (2010), 20(5), 950–957.

Patel, A. et al., Recent Advances in Protein and Peptide Drug Delivery: A Special Emphasis on Polymeric Nanoparticles. Protein Pept Lett. 2014 ; 21(11): 1102–1120.

Pavan, R., Properties and Therapeutic Application of Bromelain: A Review. Hindawi Publishing Corporation. Biotechnology Research International. 2012: 1-6.

Pizzorno, J., Zonulin! The Wheat Conundrum Solved (Well, Mostly …). Integrative Medicine. August 2013. 12 (4) 8-14.

Polovic., N., A matrix effect in pectin-rich fruits hampers digestion of allergen by pepsin in vivo and in vitro. Clinical and Experimental Allergy, 37, 764–771.

Price, D.B., Peanut Allergens Alter Intestinal Barrier Permeability and Tight Junction Localisation in Caco-2 Cell Cultures. Cell Physiol Biochem 2014;33:1758-1777.

Raiman, J., Effects of calcium and lipophilicity on transport of clodronate and its esters through Caco-2 cells. International Journal of Pharmaceutics 213 (2001) 135–142.

RaviKumar, T., Effect of trypsin–chymotrypsin (Chymoral Forte D.S.) preparation on the modulation of cytokine levels in burn patients. Burns 27 (2001) 709–716.

Romano, B. et al., The chemopreventive action of bromelain, from pineapple stem (Ananas comosus L.), on colon carcinogenesis is related to antiproliferative and proapoptotic effects. Mol. Nutr. Food Res. 2013, 00, 1–9.

Shetty, V., A Prospective, Randomized, Double-Blind, Placebo-Controlled Clinical Trial Comparing the Efficacy of Systemic Enzyme Therapy for Edema Control in Orthognathic

7

Surgery Using Ultrasound Scan to Measure Facial Swelling. J Oral Maxillofac Surg. 2013 Jul;71(7):1261-7.

Shimizu, H., A case of serratiopeptidase-induced subepidermal bullous dermatosis. British Association of Dermatologists, British Journal of Dermatology. 1999. 141, 1136-1153.

Shimomura, O. et al., Resistivity to denaturation of the apoprotein of aequorin and reconstitution of the luminescent photoprotein from the partially denatured apoprotein. Biochem. J. (1981) 199, 825-828.

Shimomura, O., The discovery of aequorin and green fluorescent protein. Journal of Microscopy, Vol. 217, Pt 1, January 2005, pp. 1–2.

Singh, B. P., Functional significance of bioactive peptides derived from soybean. Peptides 54 (2014) 171–179.

Soares de Castro, R., Biologically active peptides: Processes for their generation, purification and identification and applications as natural additives in the food and pharmaceutical industries. Food Research International 74 (2015) 185–198.

Starr, R., Too Little, Too Late: Ineffective Regulation of Dietary Supplements in the United States. March 2015, Vol 105, No. 3, American Journal of Public Health.

Sumi, H., Enhancement  of the Fibrinolytic Activity in Plasma by Oral Administration of Nattokinase. Acta Haematol. 1990. 84:139-143.

Szmola, R., Chymotrypsin C (caldecrin) promotes degradation of human cationic trypsin: Identity with Rinderknecht's enzyme Y. Proc Natl Acad Sci U S A. 2007 Jul 3;104(27):11227-32.

Sumi, H., A novel fibrinolytic enzyme (nattokinase) in the vegetable cheese Natto; a typical and popular soybean food in the Japanese diet. Experientia. 1987 Oct 15;43(10):1110-1.

Takano, M. et al., Segment-selective absorption of lysozyme in the intestine. European Journal of Pharmacology 502 (2004) 149– 155.

Udenigwe, C. C., Food Protein-Derived BioactivePeptides: Production, Processing, & Potential Health Benefits. J Food Sci. January 2012. 77(1): R11-24.

Untersmayr. The role of protein digestibility and antacids on food allergy outcomes. J Allergy Clin Immunol. 2008 June. 121(6): 1301–10.

Unzeitig, V., Systemic Enzyme Therapy Treatment of Recurrent Vulvovaginal Candidiasis. Čes. Gynek.2013, 78, č. 2 s. 187-194.

8

van de Haar, H. J., Blood–brain barrier impairment in dementia: Current and future in vivo assessments. Neuroscience and Biobehavioral Reviews 49 (2015) 71–81.

Walker, W.A., Macromolecular absorption: Mechanism of horseradish peroxidase uptake and transport in adult and neonatal rat intestine. J. Cell Biol. 1972; 54:195-205.

Walther, B., Bioactive Proteins and Peptides in Foods. Int. J. Vitam. Nutr. Res., 81 (2 – 3), 2011, 181 – 191.

Whitman, M., Understanding the Perceived Need for Complementary and Alternative Nutraceuticals: Lifestyle Issues. CLINICAL JOURNAL OF ONCOLOGY NURSING, VOLUME 5, NUMBER 5, February 2001. 01-05.

Wickham, M., In Vitro Digestion Methods for Assessing the Effect of Food Structure on Allergen Breakdown. Mol Nutr Food Res. August 2009. 53(8): 952-58.

Worthington, B.S., Intestinal absorption of intact proteins in normal and protein-deficient rats. Am. J. Clin. Nutr. 1974; 27:276-286.

Worthington, B.S., Intestinal Permeability to Large Particles in Normal and Protein-Deficient Adult Rats. J. Nutr. 106: 20-32, 1976.

Ye, J., A role for intracellular calcium in tight junction reassembly after ATP depletion-repletion. Am J Physiol. 1999 Oct;277(4 Pt 2):F524-32.

Yin, L., Bioproperties of Potent Nattokinase from Bacillus subtilis YJ1. J. Agric. Food Chem. 2010, 58, 5737–5742.

Yokooji, T., Characterization of Ovalbumin Absorption Pathways in the Rat Intestine, Including the Effects of Aspirin. April 9, 2014. Biol. Pharm. Bull. 37(8) 1359–65.

Yokooji, T., Intestinal absorption of lysozyme, an egg-white allergen, rats: Kinetics and effect of NSAIDs. Biochem. Biphys. Res. Comm. 2013. 438:61-65.

Zu, X., Thrombolytic Activities of Nattokinase Extracted from Bacillus Subtilis Fermented Soybean Curd Residues. International Journal of Biology. July 2010. 2 (2) 120-125.

---

## OTHER DOCUMENTS:

Expert Report of Richard P. Bazinet, Ph.D. in 3:15-cv-00292-HSG (N.D. Cal.)

10-16-15 Richard Bazinet deposition transcript in 3:15-cv-00292-HSG (N.D. Cal.)

9

3:15-cv-00292-HSG (N.D. Cal.) Docket: 34. Order Denying In Part And Granting In Part Defendant's Motion To Dismiss Class Action Complaint.

Codex Alimentarius Commission. Food & Agriculture Organization of the U.N. REPORT OF THE THIRD SESSION OF THE CODEX AD HOC INTERGOVERNMENTAL TASK FORCE ON FOODS DERIVED FROM BIOTECHNOLOGY YOKOHAMA, JAPAN 4-8 MARCH 2002

Complementary and Alternative Medicine in the United States, available at http://www.nap.edu

Bourne Partners: Sector Report: Nutraceuticals Industry April 2013

Lindholm Bøgh, K., Food allergens: Is There a Correlation between Stability to Digestion and Allergenicity?

10

# EXHIBIT E

1 Matthew R. Orr, Bar No. 211097
2   morr@calljensen.com
  Joshua G. Simon, Bar No. 264714
3   jsimon@calljensen.com
4 CALL & JENSEN
  A Professional Corporation
5 610 Newport Center Drive, Suite 700
6 Newport Beach, CA 92660
  Tel:   (949) 717-3000
7 Fax:   (949) 717-3100
8
9 Attorneys for Defendant Quincy Bioscience, LLC

10              UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA
12
13
14 PHILLIP RACIES, On Behalf of Himself       Case No.  3:15-cv-00292 HSG
   and All Others Similarly Situated,
15
16           Plaintiff,                        **EXPERT REPORT OF BRIAN
                                               SPENCER, PH.D.**
17    vs.
18
   QUINCY BIOSCIENCE, LLC, a
19 Wisconsin limited liability company,
20
             Defendant.
21

22                     **Introduction**

23        1.      I, Brian Spencer, Ph.D., submit this report (this "Report") at the request of

24 Quincy Bioscience, LLC. ("Quincy") in the above-captioned litigation.

25        2.      The opinions expressed in this Report are subject to amendment,

26 supplementation, and/or modification based on information made available to the

27 parties in the case and/or to rebut issues, statements, and opinions advanced by Plaintiff

28 Phillip Racies ("Racies" or "Plaintiff") or his witnesses.

3.    If called upon, I am prepared to testify about my background, qualifications, and experience as well as the issues and opinions described in this Report. Furthermore, I anticipate that I may be asked to provide testimony and to consider and respond to arguments Plaintiff's expert(s) or fact witnesses may raise at hearings, in reports, and/or at trial.

### Background and Qualifications

4.    A copy of my most-recent *curriculum vitae* is attached hereto as Exhibit "A" and includes details of my educational, professional, research, and employment credentials.

5.    I received a Bachelor of Science in Bacteriology from the University of Wisconsin in 1994. I then received my Ph.D. in Medical Microbiology and Immunology at the University of Wisconsin in 2000 where I studied the delivery of growth factors to photoreceptor cells, a highly specialized neuron of the eye, to prevent retinal degeneration.

6.    After receiving my Ph.D., I moved to the Salk Institute for Biological Studies to work with Inder Verma, Ph.D. to investigate the delivery of therapeutic proteins across the blood-brain barrier ("BBB") for the treatment of neuronal degenerative diseases. This research lead to a major advance in the field, publication in The Proceedings of National Academy of Science, 2 patent applications and the Cozzarelli Prize for scientific excellence in the medical field in 2008.

7.    I then received a position at the University of California, San Diego working with Eliezer Masliah, M.D. to deliver therapeutic proteins across the BBB for neurodegenerative disorders such as Alzheimer's and Parkinson's diseases. In addition, I have established collaborations with numerous researchers in the field to investigate the genetic causes of Alzheimer's and Parkinson's Diseases. These collaborations have led to over 55 peer reviewed publications and another patent.

8.    In 2008, I formed NeuroTransit, Inc, to develop therapies for Alzheimer's and Parkinson's using the techniques I developed for delivering proteins across the

CALL &
JENSEN

BBB.  During this time, I took several classes in pharmacology and became ADMET certified through the University of California, San Diego Extension.

9.     In 2005 I organized a hands-on scientific symposium for the California Bar for the California Science and Law Conference. I have refereed several papers and grants in the area of neuroscience and currently serve as an associate editor of the Journal of Neurodegenerative Diseases.

### Prior Testimony and Compensation

10.     I have not testified in deposition or at trial in the previous four years.

11.     I am being compensated for my work on this matter at the rate of $100.00 per hour for non-testifying work and at the rate of $450.00 per hour for testifying at deposition or trial.  My compensation is not contingent on my opinion and does not depend on the outcome of the case.

### Materials Considered

12.     The opinions and statements I make in this Report are based upon my knowledge, expertise, and professional experience. In addition, I rely and incorporate by reference the documents and information cited in this Report and listed in Exhibit "B".

### Summary of Opinions

13.     Prevagen, manufactured by Quincy Biosciences, LLC, is an over the counter oral supplement designed to improve memory. The main dietary ingredient in Prevagen is Apoaequorin ("AQ"), a 22kDa calcium binding protein, which was originally discovered for its bioluminescence properties in the jellyfish, *Aequoria victoria*, and now developed through recombinant fermentation process. Evidence provided by Quincy in the document file describe several examples of AQ affecting neuronal survival and behavioral changes.  Quincy has documented increased neuronal cell survival and memory improvements following direct delivery of AQ to the brain as well as through oral administration.

14.     Such neuronal and behavioral changes lead me to believe that AQ has an effect on the brain; however, the data presented do not provide sufficient evidence to

QUI09-02:Spencer Report (Final Executed).docx:11-9-15          - 3 -

determine an exact mechanism for this effect. I have been asked to provide my opinion as to whether it is impossible for AQ to pass the BBB. In my opinion, it is not impossible for AQ to pass the BBB and have an effect on brain chemistry.

15.     Based upon my background in neuroscience and delivery of proteins and peptides across the blood-brain barrier I have developed four hypotheses to explain why it is not impossible for an oral delivery of AQ to pass the BBB and/or affect brain chemistry. These include; 1) receptor mediated trancytosis, 2) cell penetrating peptide, 3) "sink" hypothesis, and 4) "leaky" BBB. I will detail each of these below.

### AQ Could Pass Through the BBB via BBB Trancytosis

16.     The BBB controls the passage of substances from the blood into the central nervous system ("CNS"). Thus, a challenge for the delivery of protein therapeutics is the transport of large proteins to the CNS. The BBB is composed of tight junction-forming endothelial cells, pericytes, and astrocytes. This combination functions to allow only small molecules and directed transport by receptor-mediated trancytosis from the blood to the CNS.

17.     For instance, transport of iron by the protein transferrin occurs via the transferrin receptor and transport of lipids occurs via the proteins apolipoproteins via the lipoprotein receptors. This occurs by binding of the protein to the receptor on the blood side of the endothelial cell, internalization and transport to the neuronal side, followed by exocytosis of the protein and release from the receptor. The receptor is then recycled back to the blood side of the endothelial cell. Many investigators have utilized this natural mechanism to transport proteins across the BBB that are not normally transported to the CNS.

18.     This process can be co-opted by utilizing an antibody to the receptor and attaching the cargo protein, thus piggy-backing on the receptor-mediated transport. In 1991, Starzyk et al were the first to show that targeting a receptor on the blood-brain barrier could transport a "cargo" protein to the neuronal side of the BBB [1]. An antibody developed against the transferrin receptor expressed on the blood-brain barrier

was able to transport methotrexate to the CNS. This same approach has been used to target the transport of proteins and peptides across the BBB efficiently [2, 3].

19.    Alternatively, the process can be co-opted by utilizing as little as the receptor-binding domain of the target protein. These targeting peptides can be as small as 19 amino acids or fewer [4-8]. Thus, binding to the receptor on the endothelial cell is sufficient to trigger endocytosis and trancytosis to the neuronal side. In fact, delivery of naked nanoparticles has been found to be transported to the CNS without the addition of any targeting molecules such as antibodies or receptor binding domains [9, 10]. This BBB trancytosis occurs by non-specific "sticking" to apolilpoproteins in the serum that then themselves bind the LDL-receptor at the BBB and transcytose the whole complex to the neuronal side.

20.    Therefore, contrary to the conclusions reached by Plaintiff's expert in this case that AQ cannot pass the BBB, it is possible for AQ to pass the BBB by binding to any of the receptors on the BBB either on its own or in association with a serum protein that itself can bind and trigger trancytosis. Dr. Bazinet fails to rule out BBB trancytosis, nor could he rule it out without completing extensive *in vitro* and *in vivo* analysis of AQ in a controlled environment of the BBB.

### AQ Could Pass Through the BBB via Cell Penetrating Peptides

21.    Cell penetrating peptides are short stretches of amino acids ranging from approximately 8 to 28 amino acids in length [11]. These peptides transit into and out of cells across the lipid bilayer in a receptor independent manner. These peptides were first identified in 1998 with the characterization of the HIV protein TAT. To date these peptides have been isolated from a variety of source proteins including: virus, bacteria, insect, mammal and even synthetically generated [11]. With little in common among the various peptides, there is no method for identifying future cell penetrating peptides that may occur in proteins other than through experimental testing.

22.    Several cell penetrating peptides have been utilized to deliver proteins across the blood-brain barrier following intra-venous delivery distribution [12-14]. In fact, addition of a cell penetrating peptide can facilitate the absorption of proteins

CALL&
JENSEN

across the small intestinal epithelium [15]. Thus, experimental evidence exists for the presence and use of cell penetrating peptides for non-specific transport of proteins from the gut to the blood and from the blood to the brain.

23.    Dr. Bazinet's expert report and opinions fail to rule out the possibility that AQ contains a cell penetrating peptide that allows it to pass through the BBB. Cell penetrating peptides are continuing to be identified as this is a relatively new field in brain chemistry and, based upon my review of Dr. Bazinet's report and material in support thereof, he does not provide sufficient information and has not conducted the appropriate studies to determine whether AQ does or does not contain such a peptide.

### AQ Could Affect Brain Chemistry Under "Sink" Hypothesis

24.    One common hypothesis for the method of action for proteins that are not thought to enter the brain but appear to have a measurable effect either through neuronal chemistry, neuronal survival or change in behavior is called the "sink" hypothesis [16, 17]. Under this hypothesis, the mode of action of a therapeutic protein occurs outside the brain, altering the chemistry or the levels of a protein on the blood side of the blood-brain barrier. Then by the process of achieving equilibrium, the blood-brain barrier reduces the accumulated protein or offensive chemistry in the brain, flushing it to the blood. Thus the blood acts as a "sink" and the therapeutic protein or drug activity occurs solely in the blood. Plaintiff's expert has not ruled out the possibility that AQ does not even need to enter the brain to affect an action directly on brain chemistry. This could occur directly in the blood via the "sink" hypothesis.

25.    Finally, AQ may not be acting directly on the brain at all. The protein may be acting through another system or signaling complex that has not been identified in the studies performed to date. Plaintiff's expert has not ruled out that AQ could be acting on another organ such as the liver or kidney and thus inducing the release of signaling peptide or proteins that themselves enter the brain and affect brain chemistry or neuronal survival. These hypotheses would need further testing to confirm or rule out and based upon my review of Dr. Bazinet's expert report and accompanying documents, he has not conducted sufficient testing to rule out this possibility.

**AQ Could Pass the BBB Through "Leaky" Barriers**

26.    In healthy individuals and animal models, the BBB will exclude most proteins and small molecules from entering the brain except in the circumstances described above.    However, in aged individuals or those with neurodegenerative disorders, the BBB has been known to become "leaky".  This means that the endothelial cells that normally provide very tight junctions and prevent the passage of peptides and proteins begins to separate and allow the non-specific passage of proteins to the brain.

27.    This has been documented in both animal models of Alzheimer's disease [18] [19] as well as older healthy individuals [20] and those with Alzheimer's disease [20] [21] [19] [22] [23].  In fact in some patients with hypertension and diabetes, BBB disruption has been detected by the passage of the blood protein albumin across the BBB into the cerebral spinal fluid [22] [24]. Over 5 million Americans have Alzheimer's disease [25] and the incidence of diabetes is 7 in 1000 Americans [26] so the prevalence of a "leaky" BBB is not as rare as Dr. Bazinet contends in his opinions. The serum protein albumin found in the brain in these aged and/ or diseased individuals is 66 kDa, 3 times larger than AQ at 22 kDa, so it is reasonable to believe that in cases of "leaky" BBB, AQ could pass from the blood to the brain as a whole protein.

**Examination of Remaining Documents**

28.    First order pharmacokinetic analysis of the delivery of a substance of interest typically involves a single bolus delivery of the substance followed by analysis at several time points at the target tissue.  In the study of AQ in rats, dogs or humans, this would have involved the single oral dosage at time point zero probably by oral gavage in order to deliver the whole amount at once.  Then in the case of the laboratory animals, the blood, CSF, and brain would have been analyzed at various terminal time points to determine how much protein entered which space, the half-life of the protein, the clearance rate and the accumulation.  The documents provided do not show that these studies were completed so Dr. Bazinet cannot speculate on the uptake, clearance, and accumulation of the Apoaequorin as it relates to time or dosage.

29.    This is important when reading the data presented in the poster titled "Orally administered Apoaequorin protects neurons from oxygen-glucose deprivation" by Adams et al. on QUI873.  In this study, rats received oral administration through their daily diet of either AQ or a control.

30.    Two different studies were conducted for this poster.  In the first study, rats received 5 mg/kg of AQ or control for 7 or 30 days. This study was conducted to determine whether AQ when administered for 7 or 30 days could be protective in an *ex vivo* oxygen/glucose model of ischemia.  The question examined here is time following continuous administration for AQ to be effective in the brain.

31.    The  second  experiment  performed  in  this  poster  involves  the administration of various oral doses of AQ through daily diet to the rats of 0, 3.6, 48, 240 or 480 mg/kg. At the final time point, the rats were sacrificed and brains were examined in the same *ex vivo* oxygen/ glucose model of ischemia.  In addition, brains were examined for the presence of AQ by western blot using an antibody that had been previously developed against AQ.  This study is designed only to examine the dose response protective effect of AQ at one time point and only to examine the remaining AQ in the brain at that one time point.  Thus, it is not a pharmacokinetic study and, Dr. Bazinet's attempts notwithstanding, conclusions on the absorption and clearance of AQ cannot be made from the data presented here.

32.    Both  studies  performed  on  the  rats  make  use  of  the  *ex vivo*  oxygen/ glucose ischemia model.  This is a common model performed in laboratory to examine neuronal survival during an insult of oxygen and glucose starvation [27].  Importantly, this model is well recognized and reproducible.  Following oxygen/ glucose starvation, the brain sections are stained with trypan blue in order to identify the dead or dying cells.  Again, this is a common method for differentiating live cells from dead or dying cells.  The dye, trypan blue, is excluded from live cells by the lipid bilayer membrane, whereas, dead or dying cells cannot exclude the dye and instead stain blue.  Counting decreased numbers of blue cells indicates a resistance to the conditions presented in the oxygen/ glucose ischemia experiment suggesting that AQ is acting to prevent neuronal

cell death in the CA1 region of the hippocampus. Incidentally, this is the region of the brain most susceptible in Alzheimer's disease.

33.     Figure 5 of the poster shown in QUI873 shows that administration of AQ for 7 days has a significant protective effect in the *ex vivo* oxygen/ glucose ischemia model. The first two bars of the graph are the controls in the experiment. The first bar represents the cell death results from rats that received no AQ and were not subjected to oxygen/ glucose starvation. These would be the negative or normal control. The next bar represents the cell death results from rats that received no AQ and were subjected to the oxygen/ glucose starvation. These would be the positive or worst case control. The next bar represents rats that were treated with AQ for 7 days and then not subjected to oxygen/ glucose starvation. This shows that treatment with AQ does not increase or decrease the number of trypan blue staining cells on its own as the bar is similar to the negative control. Finally, we have those rats that were treated with AQ for 7 days and then subjected to oxygen/ glucose starvation. We see from this bar that there is significant neuronal protection in the ischemia assay. This was not carried over to the rats treated with AQ for 30 days, however that issue is addressed in the following section.

34.     Figures 6 and 7 of the poster show the results from the dose response at the final time point investigating the neuronal survival in the same ischemia model as well as the presence of AQ in the brain by immunoblot analysis. Figure 6 shows significant protection of neurons in the hippocampus following the oxygen/ glucose ischemia model in those animals that received 48 mg/kg of AQ daily but not in those animals that received 3.6, 240 or 480 mg/kg of AQ. Again, this figure is measuring the numer of trypan blue cells that represents dead or dying cells following the oxygen/glucose ischemia model assay.

35.     Figure 7 shows by western blot the presence of AQ in whole brain homogenates from rats that received the 48 mg/kg daily dose of AQ; however, AQ was not detected in animals that received doses of 240 or 480 mg/kg. The western blot was



visualized with a chemiluminescent reagent as mentioned in the Methods section of the posted, not with the trypan blue as Dr. Bazinet mistakenly suggested in his deposition.

36.    In summary, the *ex vivo* ischemia model shows a neuroprotective effect from oral administration of Apoaequorin at doses of 5 mg/kg (Figure 5) and 48 mg/kg (Figure 6) and the immunoblot shows the presence of Apoaequorin in the brain following the oral administration of 48 mg/kg (Figure 7).    However, there does not appear to be a neuroprotective effect following administration of 3.6, 240 or 480 mg/kg, nor were the authors able to detect AQ in the brain following administration of Apoaequorin at 240 or 480 mg/kg.    In my experience with therapeutic delivery of a foreign protein (e.g. not originally made in the animal) there is always the possibility of eliciting an immune response that can lead to clearance.    This occurs at some point, usually a few days to a week after the initial delivery of the protein, and leads to a loss of therapeutic effect.    We could develop a hypothesis wherein the lowest dose utilized, 3.8 mg/kg, is too low to elicit a neuroprotective effect.    Doses of 5 and 48 mg/kg elicit a neuroprotective effect and are low enough to evade an immune response.    However, doses of 240 and 480 mg/kg are high enough to elicit and immune response in the rat, leading to clearance from the blood stream and a loss of therapeutic effect.    This could be through increased concentration or by aggregation leading to increased presentation to immune cells [28]. The best way to determine this would be to examine the blood from the rats at the final time point for antibodies against AQ.

37.    A second point to make from this poster regards figure 7 and the representative western blot.    The graph in figure 7 shows a value for the oral dose of 0 mg/kg suggesting to the untrained reviewer that the whole brain homogenate from these rats contained trace amounts of AQ.    As an investigator who has performed thousands of immunoblots throughout my career, I can say that is most likely not the case. Antibodies bind to either 1) 8-10 linear amino acids from a protein or 2) a structural 3-dimensional shape that a protein folds into.    Most antibodies used for western blots are chosen because they bind to the 8-10 amino acid sequences and not, as stated by Dr.Bazinet, only 4 amino acids. In this respect he is simply wrong.    The sequence of 8-

10 amino acids, while present in the protein that the antibody is targeted against, is not necessarily unique to that protein. In fact, it is not at all uncommon to have cross-reacting bands on a western blot. Thus, in contrast to Dr. Bazinet's opinion, it would not be impossible for an antibody to bind to a protein in the whole brain homogenates that had never been exposed to AQ. In fact, there is a high degree of similarity of AQ to several other proteins found in diverse organisms including salad greens, sheep, a common tapeworm and a jellyfish found off the coast of California.

38.    To verify a protein on a western blot, the size of the protein is also compared against a standard that is run alongside the samples to determine if the band that is visible is in fact the protein you want to see. Furthermore, the quantification of the protein on the western blot is far from an exact science. The quantification is actually the black mark that is visible on the figure in figure 7. The computer counts any black pixels in that square. That may include: smudges, cross-reacting bands, bad pixels on the camera, faults in the western blot membrane, inappropriate binding of the secondary antibody, inappropriate binding of the enzyme conjugate, or stray light photons in the box. These all may account for the few pixels that are counted on a seemingly negative well. Thus, values above zero for a lane that is expected not to react to the antibody would not be unheard of and in fact would be quite common.

39.    A scientist well versed in molecular biology would and should have recognized the common techniques and terminologies used in this poster and would not have difficulty concluding that AQ when delivered orally to rats: 1) accumulated in the hippocampus following a dose of 48 mg/kg, and 2) promoted neuronal survival in an *ex vivo* assay of oxygen/glucose ischemia. Clearly, Dr. Bazinet had significant difficulty understanding the data and techniques displayed in the poster.

<u>Conclusion</u>

40.    Based upon the foregoing, it is my opinion that it is not impossible for AQ to pass through the BBB or, for that matter, even if it were impossible for AQ to pass through the BBB, it wouldn't necessarily follow that AQ could not have an effect on brain chemistry.

November 9, 2015

_(signature)_

_____

Brian Spencer, Ph.D

## References

1.    Friden, P.M., et al., *Anti-transferrin receptor antibody and antibody-drug conjugates cross the blood-brain barrier.* Proc Natl Acad Sci U S A, 1991. **88**(11): p. 4771-5.

2.    Shin, S.U., et al., *Transferrin-antibody fusion proteins are effective in brain targeting.* Proceedings of the National Academy of Sciences of the United States of America, 1995. **92**(7): p. 2820-4.

3.    Boado, R.J., et al., *Genetic engineering, expression, and activity of a fusion protein of a human neurotrophin and a molecular Trojan horse for delivery across the human blood-brain barrier.* Biotechnol Bioeng, 2007. **97**(6): p. 1376-86.

4.    Spencer, B., et al., *ESCRT-mediated uptake and degradation of brain-targeted alpha-synuclein single chain antibody attenuates neuronal degeneration in vivo.* Mol Ther, 2014. **22**(10): p. 1753-67.

5.    Spencer, B., et al., *Peripheral delivery of a CNS targeted, metalo-protease reduces abeta toxicity in a mouse model of Alzheimer's disease.* PLoS One, 2011. **6**(1): p. e16575.

6.    Spencer, B., et al., *A brain-targeted, modified neurosin (kallikrein-6) reduces alpha-synuclein accumulation in a mouse model of multiple system atrophy.* Mol Neurodegener, 2015. **10**(1): p. 48.

7.    Spencer, B.J. and I.M. Verma, *Targeted delivery of proteins across the blood-brain barrier.* Proc Natl Acad Sci U S A, 2007. **104**(18): p. 7594-9.

8.    Masliah, E. and B. Spencer, *Applications of ApoB LDLR-Binding Domain Approach for the Development of CNS-Penetrating Peptides for Alzheimer's Disease.* Methods Mol Biol, 2015. **1324**: p. 331-7.

9.    Kreuter, J., et al., *Apolipoprotein-mediated transport of nanoparticle-bound drugs across the blood-brain barrier.* J Drug Target, 2002. **10**(4): p. 317-25.

10.   Petri, B., et al., *Chemotherapy of brain tumour using doxorubicin bound to surfactant-coated poly(butyl cyanoacrylate) nanoparticles: revisiting the role of surfactants.* J Control Release, 2007. **117**(1): p. 51-8.

CALL & JENSEN

11.   Zahid, M. and P.D. Robbins, *Cell-type specific penetrating peptides: therapeutic promises and challenges.* Molecules, 2015. **20**(7): p. 13055-70.

12.   Stalmans, S., et al., *Cell-Penetrating Peptides Selectively Cross the Blood-Brain Barrier In Vivo.* PLoS One, 2015. **10**(10): p. e0139652.

13.   Srimanee, A., J. Regberg, and U. Langel, *Application of CPPs for Brain Delivery.* Methods Mol Biol, 2015. **1324**: p. 349-56.

14.   Skrlj, N., et al., *Recombinant single-chain antibody with the Trojan peptide penetratin positioned in the linker region enables cargo transfer across the blood-brain barrier.* Appl Biochem Biotechnol, 2013. **169**(1): p. 159-69.

15.   Khafagy el, S., et al., *Region-Dependent Role of Cell-Penetrating Peptides in Insulin Absorption Across the Rat Small Intestinal Membrane.* AAPS J, 2015. **17**(6): p. 1427-37.

16.   Zhang, Y. and D.H. Lee, *Sink hypothesis and therapeutic strategies for attenuating Abeta levels.* Neuroscientist, 2011. **17**(2): p. 163-73.

17.   Zlokovic, B.V., et al., *Low-density lipoprotein receptor-related protein-1: a serial clearance homeostatic mechanism controlling Alzheimer's amyloid beta-peptide elimination from the brain.* J Neurochem, 2010. **115**(5): p. 1077-89.

18.   Minogue, A.M., et al., *Age-associated dysregulation of microglial activation is coupled with enhanced blood-brain barrier permeability and pathology in APP/PS1 mice.* Neurobiol Aging, 2014. **35**(6): p. 1442-52.

19.   Rosenberg, G.A., *Neurological diseases in relation to the blood-brain barrier.* J Cereb Blood Flow Metab, 2012. **32**(7): p. 1139-51.

20.   Montagne, A., et al., *Blood-brain barrier breakdown in the aging human hippocampus.* Neuron, 2015. **85**(2): p. 296-302.

21.   van de Haar, H.J., et al., *Blood-brain barrier impairment in dementia: current and future in vivo assessments.* Neurosci Biobehav Rev, 2015. **49**: p. 71-81.

22.   Skoog, I., et al., *A population study on blood-brain barrier function in 85-year-olds: relation to Alzheimer's disease and vascular dementia.* Neurology, 1998. **50**(4): p. 966-71.

23.   Blennow, K., et al., *Blood-brain barrier disturbance in patients with Alzheimer's disease is related to vascular factors.* Acta Neurol Scand, 1990. **81**(4): p. 323-6.

24.   Wallin, A., et al., *Blood brain barrier function in vascular dementia.* Acta Neurol Scand, 1990. **81**(4): p. 318-22.

25.   Alzheimer's Association, *Latest Facts and Figures Report.* 2013.

26.   Prevention, C.f.D.C.a. *CDC - Crude and Age-Adjusted Incidence per 1,000 Population - Incidence of Diabetes - Date & Trends - Diabetes DDT.* 2015; Available from: http://www.cdc.gov/diabetes/statistics/incidence/fig2.htm.

27.   Cimarosti, H. and J.M. Henley, *Investigating the mechanisms underlying neuronal death in ischemia using in vitro oxygen-glucose deprivation: potential involvement of protein SUMOylation.* Neuroscientist, 2008. **14**(6): p. 626-36.

CALL & JENSEN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

28.    Baker, M.P., et al., *Immunogenicity of protein therapeutics: The key causes, consequences and challenges.* Self Nonself, 2010. **1**(4): p. 314-322.

CALL &
JENSEN

EXPERT REPORT OF BRIAN SPENCER, PH.D.

## EXHIBIT "A"

### Brian Spencer

| | |
|---|---|
| **Home Address**: | 2912 Kalmia St.<br>San Diego, CA 92104<br>Telephone: (619) 933-5171<br>brian_spencer@mac.com |
| **Work Address**: | 9500 Gilman Dr.<br>La Jolla, CA 92093-0624 |

| **Education**: | | | |
|---|---|---|---|
| | 2000 | PhD | University of Wisconsin - Madison<br>Medical Microbiology & Immunology |
| | 1994 | BS | University of Wisconsin - Madison<br>Bacteriology |

**Research and/or Professional Experience:**

| | |
|---|---|
| 2013 – present | Staff Research Associate II, Department of Neuroscience<br>University of California, La Jolla, CA |
| 2012 – present | Associate Editor<br>Journal of Neurodegenerative Diseases |
| 2011 – present | Founder<br>Acridine Consulting, San Diego, CA |
| 2008 – 2013 | President/ Chief Scientist<br>NeuroTransit, Inc, San Diego, CA. |
| 2006 – 2011 | Project Scientist, Department of Neuroscience<br>UCSD, La Jolla, CA.<br>Field of Study: Therapeutic approaches for the clearance of proteins in neurodegenerative diseases. |
| 2000 – 2006 | Post-doctoral Research Associate, Laboratory of Genetics<br>The Salk Institute for Biological Studies, La Jolla, CA<br>Field of Study: Develop gene therapy approaches for the treatment of neurological degeneration of inherited metabolic disorders. |
| 2005 | Organized a hands-on scientific experience for over 100 members of the California bar for the 2005 California Science and the Law Conference. |
| 1998 – 2000 | Graduate Research Assistant, Department of Ophthalmology University of Wisconsin – Madison<br>Field of Study: Utilize an attenuated HSV-1 virus to deliver the FGF2 cDNA to the retina to treat retinal degeneration. |
| 1998 – 2000 | Medical Microbiology & Immunology Graduate Student Representative |
| 1995 – 1998 | Teaching Assistant, Department of Medical Microbiology & Immunology and University of Wisconsin Medical School University of Wisconsin – Madison |
| 1994 – 1995 | Research Specialist / Lab Manager, Department of Ophthalmology<br>University of Wisconsin - Madison<br>Field of Study: Examine anti-HSV peptidomimetic compounds in mouse and rabbit models of HSV-1 ocular disease. |

Brian Spencer - November 9, 2015

## EXHIBIT "A"

**Honors:**

| | |
|---|---|
| 2000 | George E Hewitt Foundation for Medical Research Fellow |
| 2008 | Cozzarelli Prize Winner – National Academy of Sciences |

**Manuscripts and Publications:**

1. Valera E, **Spencer B**, Masliah E. Immunotherapeutic Approaches Targeting Amyloid ß, α-Synuclein and Tau for the Treatment of Neurodegenerative Disorders. Immunotherapies. 2015.

2. Kim C, Rockenstein E, **Spencer B**, Kim HK, Adame A, Trejo M, Stafa K, Lee HJ, Lee SJ, Masliah E. Antagonizing Neuronal Toll-like Receptor 2 Prevents Synucleinopathy by Activating Autophagy. Cell Rep. 13(4): 771-82. 2015.

3. **Spencer B**, Valera E, Rockenstein E, Trejo-Morales M, Adame A, Masliah E. A Brain Targeted, Modified Neurosin (Kallikrein-6) Reduces α-Synuclein Accumulation in a Mouse Model of Multiple System Atrophy. Mol Neurodegener. 10(1): 48. 2015.

4. Masliah E, **Spencer B**. Applications of ApoB LDLR-Binding Domain Approach for the Development of CNS-Penetrating Peptides for Alzheimer's Disease. Methods Mol Biol. 1324: 331-7. 2015.

5. Rockenstein E, Overk CR, Ubhi K, Mante M, Patrick C, Adame A, Bisquert A, Trejo-Morajales M, **Spencer B**, Masliah E. A Novel Triple Repeat Mutant Tau Transgenic Model that Mimics Aspects of Pick's Disease and Fronto-Temporal Tauopathies. PLoS One. 10(3). 2015.

6. Fields JA, Dumaop W, Crew L, Adame A, **Spencer B**, Metcalf J, He J, Rockenstein E, Masliah E. Mechanisms of HIV-1 Tat Neurotoxicity via CDK5 Translocation and Hyper-activation: Role in HIV-Associated Neurocognitive Disorders. Curr HIV Res. 13(1): 43-54. 2015.

7. Brew BJ, Robertson K, Wright EJ, Churchill M, Crowe SM, Cysique LA, Deeks S, Garcia JV, Gelman B, Gray LR, Tohnson T, Joseph J, Margolis DM, Mankowski JL, **Spencer B**. HIV Eradication Symposium: Will The Brain Be Left Behind? J Neurovirology. 2015.

8. Tsigelny IF, Sharikov Y, Kouznetsova VL, Greenberg JP, Wrasidlo W, Overk C, Gonzalez T, Trejo M, **Spencer B**, Kosberg K, Masliah E. Molecular Determinants of α-Synuclein Mutants' Oligomerizations and Membrane Interactions. ACS Chem Neurosci. 6(3): 403-16. 2015.

9. Fields J, Dumaop W, Elueteri S, Campos S, Serger E, Trejo-Morales M, Kosberg K, Adame A, **Spencer B**, Rockenstein E, He J, Masliah E. HIV-1 Tat Alters Neuronal Autophagy by Modulating Autophagosome Fusion to the Lysosome: Implications for HIV-associated Neurocognitive Disorders. J Neurosci. 35(5): 1921-38. 2015.

10. Dhungel N, Eleuteri S, Li L, Kramer NJ, Chartron JW, **Spencer B**, Kosberg K, Fields JA, Stafa K, Adame A, Lashuel H, Frydman J, Shen K, Masliah E, Gitler AD. Parkinson's Disease Genes VPS35 and EIF4G1 Interact Genetically and Converge on α-Synuclein. Neuron. 85(1): 1-12. 2015.

11. Dubinsky AN, Dastidar SG, Hsu CL, Zahra R, Djakovic SN, Duarte S, Esau CC, **Spencer B**, Ashe TD, Fischer KM, MacKenna DA, Sopher BL, Masliah E, Gaasterland T, Chau BN, Pereira de Almeida L, Morrison BE, La Spada AR. Let-7 Coordinately Suppresses Components of the Amino Acid Sensing Pathway to Repress mTORC1 and Induce Autophagy. Cell Metab. 20(4): 626-38. 2014.

12. **Spencer B**, Emadi S, Desplats P, Eleuteri S, Michael S, Kosberg K, Shen J, Rockenstein E, Patrick C, Adame A, Gonzalez T, Sierks M, Masliah E. ESCRT mediated uptake and degradation of brain targeted α-synuclein single chain antibody attenuates neuronal degeneration in vivo. Mol Ther. (10): 1753-67 2014.

13. Games D, Valera E, **Spencer B**, Rockenstein E, Mante M, Adame A, Patrick C, Ubhi K, Nuber S, Sacayon P, Zago W, Seubert P, Barbour R, Schenk D, Masliah E. Reducing C-terminal-truncated alpha-synuclein by

## EXHIBIT "A"

immunotherapy attenuates neurodegeneration and propagation in Parkinson's disease-like models. J Neurosci. 24(28): 9441-54. 2014.

14. **Spencer B** and Masliah E. Immunotherapy for Alzheimer's Disease – Past, Present and Future. Front Aging Neurosci. 6(114). 2014.

15. Overk CR, Cartier A, Shaked G, Rockenstein E, Ubhi K, **Spencer B**, Price DL, Patrick CL, Desplats P, Masliah E. Hippocampal Neuronal Cells That Accumulate α-synuclein Fragments Are More Vulnerable to Aß Oligomer Toxicity via mGluR5 – Implications for Dementia with Lewy Body. Mol Neurodegener. 19(1). 2014.

16. **Spencer B**, Verma I, Desplats P, Morvinski D, Rockenstein E, Adame A, Masliah E. A Neuroprotective Brain Penetrating Endopeptidase Fusion Protein Ameliorates Alzheimer's Disease Pathology and Restores Neurogenesis. J Biol Chem. 189(25): 17917-17931. 2014.

17. Blurton-Jones M, **Spencer B**, Michael S, Castello NA, Agazaryan AA, Davis JL, Müller FJ, Loring JF, Masliah E, LaFerla FM. Neural stem cells genetically-modified to express neprilysin reduce pathology in Alzheimer transgenic models. Stem Cell Research & Therapy. 5(46). 2014.

18. Ubhi K, Rockenstein E, Kragh C, Inglis C, **Spencer B**, Michael S, Adame A, Galasko D, Masliah E. Widespread microRNA dysregulation in multiple system atrophy – disease-related alteration in miR-96. Eur J Neurosci. 39(6): 1026-51. 2014.

19. Lucin KM, O'Brien CE, Bieri G, Czirr E, Mosher KI, Abbey RJ, Mastroeni DF, Rogers J, **Spencer B**, Masliah E, Wyss-Coray T. Microglial Beclin 1 Regulates Retromer Trafficking and Phagocytosis and is Impaired in Alzheiemer's Disease. Neuron. 79(5): 873-886. 2013.

20. Bender A, Desplats P, **Spencer B**, Rockenstein E, Adame A, Elstner M, Laub C, Mueller S, Koob AO, Mante M, Pham E, Klopstock T, Masliah E. TOM40 Mediates Mitochondrial Dysfunction Induced by α-Synuclein Accumulation in Parkinson's Disease. PLoS One. 2013.

21. Vilchez D, Boyer L, Lutz M, Merkwirth C, Morantte I, Tse C, **Spencer B**, Page L, Masliah E, Travis Berggren W, Gage FH, Dillin A. FOXO4 is necessary for neural differentiation of human embryonic stem cells. Aging Cell. 2013.

22. Neng-Yu Lin, Christian Beyer, Andreas Giebl, Trayana Kireva, Carina Scholtysek, Stefan Uderhardt, Luis Enrique Munoz, Clara Dees, Alfiya Distler, Stefan Wirtz, Gerhard Kronke, **Brian Spencer**, Oliver Distler, Georg Schett, Jorg H W Distler. Autophagy regulates TNFα-mediated joint destruction in experimental arthritis. Ann Rheum Dis. 72(5): 761-8. 2013

23. Fields J, Dumaop W, Rockenstein E, Mante M, Spencer B, Grant I, Ellis R, Letendre S, Patrick C, Adame A, Masliah E. Age-dependent molecular alterations in the autophagy pathway in HIVE patients and in a gp120 tg mouse model: reversal with beclin-1 gene transfer. J Neurovirol. 19(1): 89-101. 2013.

24. Vilchez D, Boyer L, Morantte I, Lutz M, Merkwirth C, Joyce D, **Spencer B**, Page L, Masliah E, Berggren WT, Gage FH, Dillin A. Increased proteasome activity in human embryonic stem cells is regulated by PSMD11. Nature. 489(7415): 304-8. 2012.

25. Desplats P, **Spencer B**, Crews L, Patel P, Morvinski-Friedmann D, Kosberg K, Roberts S, Patrick C, Winner B, Winkler K, Masliah E. Alpha-synuclein induces alterations in adult neurogenesis in Parkinson's disease models via p53-mediated repression of Notch1. J Biol Chem. 2012.

26. Reznichenko L, Cheng Q, Nizar K, Gratiy SL, Saisan PA, Rockenstein EM, Gonzalez T, Patrick C, **Spencer B**, Desplats P, Dale AM, Devor A, Masliah E. In vivo alterations in calcium buffering capacity in transgenic mouse model of synucleinopathy. J Neurosci. 32(29): 9992-8. 2012.

## EXHIBIT "A"

27. Lee SJ, Desplats P, Lee HJ, **Spencer B**, Masliah E.  Cell-to-cell transmission of α-synuclein aggregates. Methods Mol Biol. v849: 347-59. 2012.

28. Cartier AE, Ubhi K, **Spencer B**, Vazquez-Roque RA, Kosberg KA, Fourgeaud L, Kanayson P, Patrick C, Rockenstein E, Patrick GN, Masliah E.  Differential effects of UCHL1 modulation on alpha-synuclein in PD-like models of alpha-synucleinopathy.  PLoS One. 7(4): e34713. 2012.

29. **Spencer B**, Michael S, Shen J, Kosberg K, Rockenstein E, Patrick C, Adame A, Masliah E.  Lentivirus mediated delivery of neurosin promotes clearance of wild-type α-synuclein and reduces pathology in an α-synuclein model of LBD.  Mol Ther. 2012.

30. Tang B, Becanovic K, Desplats PA, **Spencer B**, Hill AM, Connolly C, Masliah E, Leavitt BR, Thomas EA.  Forkhead box protein p1 is a transcriptional repressor of immune signaling in the CNS; implications for transcriptional dysregulation in Huntington disease.  Hum Mol Genet. 2012.

31. Ubhi K, Inglis C, Mante M, Patrick C, Adame A, **Spencer B**, Rockenstein E, May V, Winkler J, Masliah E.  Fluoxetine ameliorates behavioral and neuropathological deficits in a transgenic model of α-synucleinopathy.  Exp. Neurol. 234(2): 405-16. 2012.

32. Tsigelny IF, Sharikov Y, Wrasidlo W, Gonzalez T, Desplats PA, Crews L, **Spencer B**, Masliah E. Rolse of α-synuclein penetration into the membrane in the mechanisms of oligomer pore formation. FEBS J. 2012.

33. Masliah E, Rockenstein E, Mante M, Crews L, Crews, L, **Spencer B**, Adame A, Patrick C, Trejo M, Ubhi K, Rohn TT, Mueller-Steine S, Seubert P, Barbour R, McConlogue L, Buttini M, Games D, Schenk D. Passive Immunization Reduces Behavioral and Neuropathological Deficits in an Alpha-Synuclein Transgenic Model of Lewy Body Disease. PLoS One. 6(4): e19338. 2011.

34. Desplats P, **Spencer B**, Coffee E, Michael S, Patrick C, Rockenstein E, Masliah E.  Alpha-synuclein sequesters DNMT1 from the nucleus: a novel mechanism for epigenetic alterations in Lewy body diseases. J Biol Chem. 286(11): 9031-7. 2011.

35. **Spencer B**, Marr R, Gindi R, Potkar R, Michael S, Adame A, Rockenstein E, Masliah E. Delivery of a CNS targeted, secreted neprilysin ameliorate the Aß pathology in a mouse model of AD. PLoS One. 6(1): e16575. 2011.

36. Price DL, Rockenstein E, Ubhi K, Phung V, Maclean-Lewis N, Askay D, Cartier A, **Spencer B**, Patrick C, Desplats P, Ellisman MH, Masliah E. Alterations in mGluR5 expression and signaling in Lewy body disease and in transgenic models of alpha-synuclein—implications for excitotoxicity.  PLoS One. 5(11): e14020. 2010.

37. Ubhi K, Rockenstein E, Michael S, **Spencer B**, Mante M, Inglis C, Adame A, Patrick C, Whitner K, Masliah E.  Neurodegeneration in a transgenic mouse model of multiple system atrophy is associated with altered expression of oligodendrocyte-derived neurotrophic factors. J Neurosci. 30(18): 6236-46. 2010.

38. Luciani A, Villilla VR, Esposito S, Brunetti-Pierri N, Medina D, Settembre C, Gavina M, Pulze L, Giardino I, Pettoello-Mantovani M, D'Apolito M, Guido S, Masliah E, **Spencer B**, Quaratino S, Raia V, Ballabio A, Maiuri L.  Defective CFTR induces aggresome formation and lung inflammation in Cystic Fibrosis through ROS-mediated autophagy inhibition.  Nat. Cell Biol.  12(9): 863-75.  2010.

39. Crews L, **Spencer B**, Desplats P, Patrick C, Paulino A, Rockenstein E, Hansen L, Adame A, Galasko D, Masliah E.  Selective molecular alterations in the autophagy pathway in patients with Lewy body Disease and in models of alpha-synucleinopathy. PLoS One. 5(2): e9313. 2010.

40. Marr RA, **Spencer BJ**. Diabetes NEP-like endopeptidases and Alzheimer's disease.  Alzheimer Res. 7(3): 223-9. 2010.

Brian Spencer - November 9, 2015

## EXHIBIT "A"

41. **Spencer B**, Potkar R, Trejo M, Rockenstein E, Patrick C, Gindi R, Adame A, Wyss-Coray T, Masliah E. Beclin1 gene transfer activates autophagy and ameliorates the neurodegenerative pathology in alpha-synuclein models of Parkinson's and Lewy body diseases. J Neurosci. 29(43): 13578-88. 2009

42. Desplats P, Lee HJ, Bae EI, Patrick C, Rockenstrin E, Crews C, **Spencer B**, Masliah E, Lee SJ. Inclusion formation and neuronal cell death through neuron-to-neuron transmission of α-synuclein. PNAS. 106(31): 13010-15. 2009.

43. Marongiu R, **Spencer B**, Crews L, Adame A, Patrick C, Trejo M, Dallapiccola B, Valente EM, Masliah E. Mutant Pink1 induces mitochondrial dysfunction in a neuronal cell model of Parkinson's disease by disturbing calcium flux. J Neurochem. 108(6): 1561-74. 2009.

44. Rose JB, Crews L, Rockenstein E, Adame A, Mante M, Hersh LB, Gage FH, **Spencer B**, Potkar R, Marr RA, Masliah E. Neuropeptide Y fragments derived from neprilysin processing are neuroprotective in a transgenic model of Alzheimer's disease. J Neurosci. 29(4):1115-25. 2009.

45. **Spencer B**, Marr RA, Rockenstein E, Crews L, Adame A, Potkar R, Patrick C, Gage FH, Verma IM, Masliah E. Long-term gene transfer is associated with reduced levels of intracellular Abeta and behavioral improvements in APP transgenic mice. BMC Neuroscience. 9:109, 2008.

46. Pickford F, Masliah E, Britschgi M, Lucin K, Narasimham R, Jaeger PA, Small S, **Spencer B**, Rockenstein E, Levine B, Wyss-Coray T. The autophagy-related protein Beclin 1 shows reduced expression in early Alzheimer disease and regulates amyloid beta accumulation in mice. J Clin Invest. 118:2190-9, 2008.

47. Tsigelny IF, Crews L, Desplats P, Shaked GM, Sharikov Y, Hizuno H, **Spencer B**, Rockenstein E, Trejo M, Platoshyn O, Juan JX, Masliah E. Mechanisms of hybrid oligomer formation in the pathogenesis of combined Alzheimer's and Parkinson's diseases. PLoS ONE 3:e3135, 2008.

48. Crews L, **Spencer B**, Rockenstein E, Masliah E. Immuno-therapy strategies for Lewy body and Parkinson's disease. Handbook of Neurochemistry and Molecular Neurobiology. v24, chapter 32.

49. Pazit B, Crews L, Koob AO, Mizuno H, Adame A, **Spencer B**, Masliah E. Statins Reduce Neuronal α-Synuclein Aggregation in *in vitro* Models of Parkinson's Disease. Journal of Neurochemistry 105:1656-67. 2008.

50. **Spencer B**, Rockenstein E, Leslie C, Marr R, Masliah E. Novel Strategies for Alzheimer's Disease Treatment. Expert Opin Biol Ther 7:1853-67. 2007.

51. **Spencer B**, Crews L, Masliah E. Climbing the Scaffolds of Parkinson's Disease Pathogenesis. Neuron 53:469-470, 2007.

52. **Spencer BJ**, Verma IM. Targeted Delivery of Proteins Across the Blood Brain Barrier. PNAS 104:7594-7599, 2007.

53. **Spencer B**, Agarwala S, Gentry L, Brandt CR. HSV-1 Vector-Delivered FGF2 to the Retina is Neuroprotective but Does Not Preserve Functional Responses. Mol Therapy 3:746-756, 2001.

54. **Spencer B**, Agarwala S, Smith M, Miskulin M, Brandt CR. Herpes Simplex Virus Mediated Gene Delivery to the Rodent Visual System. IOVS 41:1392-1401, 2000.

55. Brandt CR, Imesch P, **Spencer B**, Eliassi-Rad B, Syed NA, Untawale S, Robinson NL, Albert DM. The Herpes Simplex Virus Type 1 Ribonucleotide Reductase is Required for Acute Retinal Infection. Arch Virol 142:883-896, 1997.

56. **Spencer B**, Brandt CR. Barrier and Antiviral Effect of a New Cream Formulation [Letter]. Infect Control Hosp Epidemiol 18:159-160, 1997.

Brian Spencer - November 9, 2015

## EXHIBIT "A"

57. Brandt CR, **Spencer B**, Imesch P, Garneau M, Déziel R.  Evaluation of Peptidomimetic Ribonucleotide Reductase Inhibitor in a Murine Model of HSV-1 Ocular Disease.  Antimicrob Agents Chemother 40:1078-1084, 1996.

**Patents:**
1. Masliah E, **Spencer B**, Rockenstein E, Marr R. Compounds for Reversing and Inhibiting Protein Aggregation and Methods for Making and Using Them.  Patent # 8,946,165; Issued February 3, 2015.

2. Verma IM, **Spencer B**.  Composition and Methods for Targeting a Polypeptide to the Central Nervous System. Docket No: 66671-131.  2004.

3. **Spencer B**, Marr R, Verma IM.  Compositions and Methods for Tissue Specific Targeting of Lentivirus Vectors. Patent # 7,090,837:  Issued August 15, 2006.

**Professional Societies**:
American Society of Gene Therapy
Society for Neuroscience

**Oral Presentations**:
1. HIV Latency in Neurons.  20th International AIDS Conference, Melbourne, Australia 2014.

2. Gene delivery of secreted neprilysin targeted to the CNS reduces levels of Abeta and plaques.  38th Annual Meeting of the Society of Neuroscience, Washington DC. 2008.

3. Targeted Delivery of Proteins Across the Blood-Brain Barrier. Invited speaker for the "Novel BioDelivery Technologies" workshop held at the MITRE campus in McLean, VA. 2006.

4. A Novel Approach for the Treatment of the Neurological Symptoms of MPS VII (Sly Disease).  8th Annual Meeting of the American Society of Gene Therapy.  St. Louis, MO. 2005.

5. Targeted Delivery of a Recombinant Protein to Neurons and Astrocytes by Transport and Uptake Via the Low Density Lipoprotein (LDL) Receptor for Treatment of Neurodegenerative Disorders.  7th Annual Meeting of the American Society of Gene Therapy.  Minneapolis, MN. 2004.

6. Targeted Delivery of a Recombinant Protein to Neurons and Astrocytes By Transport and Uptake Via the Low Density Lipoprotein (LDL) Receptor For Treatment of Neurodegenerative Disorders.  33rd Annual Meeting of the Society for Neuroscience. New Orleans, LA. 2003.

Brian Spencer - November 9, 2015

# EXHIBIT "B"

## *Materials Considered*

1. Friden, P.M., et al., *Anti-transferrin receptor antibody and antibody-drug conjugates cross the blood-brain barrier.* Proc Natl Acad Sci U S A, 1991. **88**(11): p. 4771-5.

2. Shin, S.U., et al., *Transferrin-antibody fusion proteins are effective in brain targeting.* Proceedings of the National Academy of Sciences of the United States of America, 1995. **92**(7): p. 2820-4.

3. Boado, R.J., et al., *Genetic engineering, expression, and activity of a fusion protein of a human neurotrophin and a molecular Trojan horse for delivery across the human blood-brain barrier.* Biotechnol Bioeng, 2007. **97**(6): p. 1376-86.

4. Spencer, B., et al., *ESCRT-mediated uptake and degradation of brain-targeted alpha-synuclein single chain antibody attenuates neuronal degeneration in vivo.* Mol Ther, 2014. **22**(10): p. 1753-67.

5. Spencer, B., et al., *Peripheral delivery of a CNS targeted, metalo-protease reduces abeta toxicity in a mouse model of Alzheimer's disease.* PLoS One, 2011. **6**(1): p. e16575.

6. Spencer, B., et al., *A brain-targeted, modified neurosin (kallikrein-6) reduces alpha-synuclein accumulation in a mouse model of multiple system atrophy.* Mol Neurodegener, 2015. **10**(1): p. 48.

7. Spencer, B.J. and I.M. Verma, *Targeted delivery of proteins across the blood-brain barrier.* Proc Natl Acad Sci U S A, 2007. **104**(18): p. 7594-9.

8. Masliah, E. and B. Spencer, *Applications of ApoB LDLR-Binding Domain Approach for the Development of CNS-Penetrating Peptides for Alzheimer's Disease.* Methods Mol Biol, 2015. **1324**: p. 331-7.

9. Kreuter, J., et al., *Apolipoprotein-mediated transport of nanoparticle-bound drugs across the blood-brain barrier.* J Drug Target, 2002. **10**(4): p. 317-25.

10. Petri, B., et al., *Chemotherapy of brain tumour using doxorubicin bound to surfactant-coated poly(butyl cyanoacrylate) nanoparticles: revisiting the role of surfactants.* J Control Release, 2007. **117**(1): p. 51-8.

11. Zahid, M. and P.D. Robbins, *Cell-type specific penetrating peptides: therapeutic promises and challenges.* Molecules, 2015. **20**(7): p. 13055-70.

12. Stalmans, S., et al., *Cell-Penetrating Peptides Selectively Cross the Blood-Brain Barrier In Vivo.* PLoS One, 2015. **10**(10): p. e0139652.

13. Srimanee, A., J. Regberg, and U. Langel, *Application of CPPs for Brain Delivery.* Methods Mol Biol, 2015. **1324**: p. 349-56.

14. Skrlj, N., et al., *Recombinant single-chain antibody with the Trojan peptide penetratin positioned in the linker region enables cargo transfer across the blood-brain barrier.* Appl Biochem Biotechnol, 2013. **169**(1): p. 159-69.

15. Khafagy el, S., et al., *Region-Dependent Role of Cell-Penetrating Peptides in Insulin Absorption Across the Rat Small Intestinal Membrane.* AAPS J, 2015. **17**(6): p. 1427-37.

16. Zhang, Y. and D.H. Lee, *Sink hypothesis and therapeutic strategies for attenuating Abeta levels.* Neuroscientist, 2011. **17**(2): p. 163-73.

17. Zlokovic, B.V., et al., *Low-density lipoprotein receptor-related protein-1: a serial clearance homeostatic mechanism controlling Alzheimer's amyloid beta-peptide elimination from the brain.* J Neurochem, 2010. **115**(5): p. 1077-89.

## EXHIBIT "B"

18. Minogue, A.M., et al., *Age-associated dysregulation of microglial activation is coupled with enhanced blood-brain barrier permeability and pathology in APP/PS1 mice.* Neurobiol Aging, 2014. **35**(6): p. 1442-52.
19. Rosenberg, G.A., *Neurological diseases in relation to the blood-brain barrier.* J Cereb Blood Flow Metab, 2012. **32**(7): p. 1139-51.
20. Montagne, A., et al., *Blood-brain barrier breakdown in the aging human hippocampus.* Neuron, 2015. **85**(2): p. 296-302.
21. van de Haar, H.J., et al., *Blood-brain barrier impairment in dementia: current and future in vivo assessments.* Neurosci Biobehav Rev, 2015. **49**: p. 71-81.
22. Skoog, I., et al., *A population study on blood-brain barrier function in 85-year-olds: relation to Alzheimer's disease and vascular dementia.* Neurology, 1998. **50**(4): p. 966-71.
23. Blennow, K., et al., *Blood-brain barrier disturbance in patients with Alzheimer's disease is related to vascular factors.* Acta Neurol Scand, 1990. **81**(4): p. 323-6.
24. Wallin, A., et al., *Blood brain barrier function in vascular dementia.* Acta Neurol Scand, 1990. **81**(4): p. 318-22.
25. Alzheimer's Association, *Latest Facts and Figures Report.* 2013.
26. Prevention, C.f.D.C.a. *CDC - Crude and Age-Adjusted Incidence per 1,000 Population - Incidence of Diabetes - Date & Trends - Diabetes DDT.* 2015; Available from: http://www.cdc.gov/diabetes/statistics/incidence/fig2.htm.
27. Cimarosti, H. and J.M. Henley, *Investigating the mechanisms underlying neuronal death in ischemia using in vitro oxygen-glucose deprivation: potential involvement of protein SUMOylation.* Neuroscientist, 2008. **14**(6): p. 626-36.
28. Baker, M.P., et al., *Immunogenicity of protein therapeutics: The key causes, consequences and challenges.* Self Nonself, 2010. **1**(4): p. 314-322.
29. Transcript of deposition of Richard P. Bazinet, Ph.D. (October 16, 2015)
30. Expert Report of Richard P. Bazinet, Ph.D.
31. Expert Report of Richard E. Goodman, Ph.D.
32. Expert Report of William Bisordi, MD, FACP
33. Expert Report of Michael A. Pezzone, M.D., Ph.D.
34. Plaintiff Racies' Notice of Motion and Motion for Partial Summary Judgment and all accompanying documents filed therewith
35. Notice of Motion For Summary Judgment of Defendant Quincy Bioscience, LLC and all accompanying documents filed therewith
36. Documents produced by Quincy to Plaintiff Racies in this matter, Bates labeled 0000001-0000890

# EXHIBIT F

HIGHLY CONFIDENTIAL

Page 1

1                   UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3

    PHILLIP RACIES, On

4   Behalf of Himself and

5   All Others Similarly

6   Situated,

7                 Plaintiff,

8     vs.                        Case No.

9   QUINCY BIOSCIENCE, LLC,      3:15 CV 00292

10  a Wisconsin limited

11  liability company,

12                Defendant.

    --------------------------

13

14                 HIGHLY CONFIDENTIAL

15

16              VIDEOTAPED DEPOSITION OF

17                 RICHARD GOODMAN

18               November 25, 2015

19                   9:08 a.m.

20           353 North Clark, Suite 1800,

21                Chicago, Illinois

22

23  Reported by:

24  Deanna Amore, CSR, RPR, 084-003999

25  PAGES 1 - 292

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

Page 35

1      MR. TANG:  Objection.  Vague.

2      But you may answer.

3      THE WITNESS:  First, to clarify, I used a test

4  tube assay that is not necessarily meant to mimic

5  what goes on in the stomach of every individual

6  human being and is not an in vivo study that

7  I conducted.  It's an in vitro study.

8      So I do not know what happens in every stomach

9  of every individual.

10     If -- and I think there is more information

11  that we'll get to over the next hour or few hours

12  where I've expressed specific opinions about what

13  apoaequorin could be broken down to by pepsin.

14  BY MR. WELTMAN:

15     Q.   So I'm sorry.  Are you done?

16     A.   Yes, I am.

17     Q.   Your opinion is limited to what

18  apoaequorin can be broken down into by pepsin?

19     A.   That, I think, is the question that is

20  being addressed here.  We're talking about the

21  digestion of apoaequorin in the stomach by pepsin

22  or in the test tube assay that I conducted, which

23  is only including pepsin.

24     Q.   Okay.  I understand that that's what you

25  tested in the Allergenicity Study of 2010, but my

HIGHLY CONFIDENTIAL

Page 36

```
 1    question is a little more specific.
 2              I'm trying to find out what your opinions
 3    are going to be about.
 4         A.   Okay.
 5         Q.   Okay.  So I'm asking you, just so I can
 6    further understand what your report means and
 7    maybe, actually, limit my questioning, quite
 8    frankly, and shorten the deposition.  So what --
 9    just so you understand, I am trying to find out,
10    are your opinions in your report limited to the
11    digestion of apoaequorin by pepsin?
12         A.   They are because that's what the test was
13    designed for was to do, a pepsin digestion assay
14    for the purpose of evaluating the probability or
15    the -- it's not a real probability number, but the
16    general possibility that this protein would be a
17    likely source of new food allergy.  That's what
18    I was asked to do.
19         Q.   So are your opinions in your report
20    limited to opinions regarding the Allergenicity
21    Study of 2010 and how you contend Dr. Bazinet
22    purportedly misunderstood that; is that correct?
23         A.   Okay.  So my understanding is that I wrote
24    a subsequent analysis that I think you have a copy
25    of, which is my analysis; is that correct?
```

HIGHLY CONFIDENTIAL

Page 54

1    apoaequorin, is it, in your assay?

2         A.    In my test tube assay, which does not

3    mimic and is not intended to mimic what goes on in

4    your stomach, it would appear to be digested to

5    fragments of no more than about 3,000 daltons in a

6    fairly rapid fashion.

7         Q.    Okay.  And the reason that your assay, the

8    one you used in the 2010 allergenicity study is

9    used is because it is used to predict what is

10   likely to happen in the stomach, correct?

11        A.    No, that's not correct.  It is

12   predicted -- it's predictive of whether a protein

13   is more likely or less likely to be a food

14   allergen.

15        Q.    Okay.

16        A.    And if I may qualify that, there are

17   clearly stable proteins that are rock solid stable

18   in the assay that are never shown to be an

19   allergenic in anybody, and there are proteins that

20   are allergens that are digested pretty rapidly in

21   this assay.  So it's not a perfect prediction.

22        Q.    Okay.  What proteins are deemed to be rock

23   solid in the assay?

24        A.    Concanavalin A --

25        THE COURT REPORTER:  Say that again.

HIGHLY CONFIDENTIAL

Page 63

1    happens after it gets past the stomach?

2        MR. TANG:  Objection.  Vague.

3        THE WITNESS:  I am suggesting that I did not --

4    I provided some references that demonstrate that

5    peptides from dietary proteins can be absorbed

6    through the intestine and actually pass through

7    serum and into mother's milk through the lacrimal

8    glands.

9    BY MR. WELTMAN:

10       Q.  I will get to that.  Let's go to Point

11   No. 2 on paragraph 8 of Dr. Bazinet's report.

12           He says "A daily dose of Prevagen only

13   provides a trivial amount of amino acids compared

14   to the substantial amount of amino acids supplied

15   by other proteins in our daily diets."

16           What's wrong with that statement?

17       A.  I think at face value the statement is

18   fine because if you look at the total amino acid

19   content of what is, I understand, a dose of

20   apoaequorin, it is a trivial amount compared to the

21   amount of proteins consumed, but I do not believe

22   that individual amino acids make up the effect of

23   apoaequorin.  And so I think it's kind of an

24   irrelevant statement.

25       Q.  What do you mean "make up the effect"?

HIGHLY CONFIDENTIAL

Page 64

1    What effect?

2        A.    If there is -- and I'm not here, as we

3    discussed -- I am not here testifying as to the

4    functionality for memory or whatever is claimed,

5    but if there is an effect of any kind that's

6    specific to apoaequorin, it would have to do with

7    either the whole protein or peptides of the protein

8    in my opinion.

9        Q.    Large peptides or small peptides?

10        A.    Some of the peptides that have functional

11    effects in humans through the diet are as small as

12    di-peptides, but that's very unusual -- meaning two

13    amino acids -- but most of them are probably nine

14    or larger, meaning nine amino acids or larger.

15        Q.    Okay.  When you say "functional effects,"

16    what do you mean?

17        A.    I mean that they have something that can

18    be measured, whether it's a nervous effect, whether

19    it's an effect on the immediate cell that they're

20    contacting.

21        Q.    And, again, you don't know what percentage

22    of the total amount of protein that's ingested by

23    any of these dietary proteins, what percentage

24    would be one of these, what you call, functional

25    peptides?

HIGHLY CONFIDENTIAL

Page 128

1    barrier, directly affect brain function or memory,

2    do you?

3         MR. TANG:  Objection.  Vague.

4         You may answer.

5         THE WITNESS:  I do not know.  I am not a

6    neurobiochemist or neurobiologist.  However, there

7    are clearly signaling peptides, proteins made in

8    the body, hormones, that do get in and impact the

9    blood-brain barrier, go through the blood-brain

10   barrier, as far as I know from my general biology

11   training.

12   BY MR. WELTMAN:

13        Q.   So, again, with regard to paragraph 13

14   where Dr. Bazinet says "Thus, before apoaequorin

15   even enters the intestine, it has been reduced down

16   to amino acids and possibly some small peptides."

17             You disagree with that, huh?

18        A.   I'm saying that the evidence to date has

19   not proved that, and the context of how it's

20   ingested and whether the gelatin capsule is

21   important and how the individual's physiological

22   process of digestion occurs on a given event will

23   impact that statement.

24        Q.   And you think it would vary widely --

25   widely from person to person?

HIGHLY CONFIDENTIAL

Page 180

1        A.    Yes.

2        Q.    So then you're saying that the digestion

3    characteristics of apoaequorin were similar to

4    those of common non-allergenic dietary proteins,

5    correct?

6        A.    In terms of the full range or near -- the

7    large size peptides, yes.

8        Q.    Okay.

9        A.    Because we are limited in what we can

10   detect.

11       Q.    But its characteristics are similar to

12   those of common non-allergenic dietary proteins,

13   correct?

14       MR. TANG:  Objection.  Mischaracterizing

15   testimony and document.

16       THE WITNESS:  There are many aspects of

17   proteins that have nothing to do with

18   allergenicity.  They have to do with functionality.

19   We don't deal with that at all.

20       So what the statement says, what this study

21   says, what our conclusions are is that apoaequorin

22   would not present an unacceptable risk of food

23   allergy based on a commonly accepted scheme that

24   regulators in the U.S. and Japan and New Zealand,

25   Australia and Europe have agreed is a reasonable

HIGHLY CONFIDENTIAL

Page 182

1    When you wrote this, you believed it was accurate,

2    correct?

3        A.    I still believe it's accurate.

4        Q.    Thank you.

5        A.    But I think it doesn't have anything to do

6    with getting down to peptides.

7        Q.    Okay.  Now let's go to your report,

8    Exhibit 2.  It's on page 3 of your report, and the

9    header is "The Allergenicity Study of 2010 Does Not

10   Indicate 'Complete' Digestion of Apoaequorin

11   Consumed By Humans."

12            Now, other than Dr. Moran in his other

13   report and the statement by the law firm --

14   actually, the statement by Quincy through its law

15   firm, who else has ever said that?

16       A.    I apologize.  I lost concentration.  Where

17   are we?

18       Q.    Oh, we are on page 3 of your report.

19       A.    Okay.

20       Q.    The header is "The Allergenicity Study of

21   2010 does not indicate complete digestion of

22   apoaequorin consumed by humans."

23       A.    Okay.  Yes.

24       Q.    Who has ever said that?

25       A.    Who has said what?

HIGHLY CONFIDENTIAL

1    susceptible to extensive hydrolysis by sequential

2    gastric, pancreatic and small intestinal brush

3    border membrane (BBM) peptidases.  The sequences

4    that are taken up at nano-molar or pico-molar

5    concentrations can undergo fast hydrolysis in the

6    blood."

7            Do you see that?

8        A.   Yes.

9        Q.   Is that generally true for dietary

10   proteins?

11       A.   I don't know if it's generally true to

12   that level.  That's a pretty small level that is

13   being quoted, but in general, I think one might

14   assume that.  But, clearly, there are exceptions

15   where peptides have functional properties that are

16   not digested.

17       Q.   Okay.  And as far as we know, we know of

18   no peptides that are produced by the digestion of

19   apoaequorin that fit what you just described?

20       MR. TANG:  Objection.  Vague.

21       But you can answer.

22       THE WITNESS:  I do not know that the mechanism

23   of action is exactly known.

24   BY MR. WELTMAN:

25       Q.   Now, it goes on on the left -- on the

HIGHLY CONFIDENTIAL

Page 209

1    BY MR. WELTMAN:

2        Q.    So then the first sentence in paragraph 33

3    should have said "Dr. Bazinet also appears to have

4    thought that apoaequorin would be completely

5    digested to single amino acids and possibly some

6    small peptides"?

7        A.    That is correct.

8        Q.    Okay.  So you want to correct that, right?

9            And then you say, in the next sentence

10   "There is no evidence of that" -- which again, I

11   don't understand because -- well, how does the

12   second sentence make sense now that you've

13   corrected the first sentence?

14            Is there no evidence -- strike that?

15            Your next statement is "There is no

16   evidence of that."  Is that because he hasn't

17   performed this yet-to-be described study on

18   apoaequorin?

19       A.    I base that statement on two things:

20            No. 1, he did not produce a study that

21   would demonstrate that and to my knowledge nobody

22   else has; and No. 2, our study did not measure

23   single amino acids or very small peptides.

24            The smallest we could possibly detect is

25   in the range of 22 to 30 amino acids, which I do

HIGHLY CONFIDENTIAL

Page 210

1   not call a small, short peptide.  To me small,
2   short peptides means like in the range of three to
3   five, six amino acids possibly.
4       Q.    So it's your view that in the stomach, in
5   vivo, apoaequorin would be digested into peptides,
6   correct?
7       A.    Some of it.  Maybe most of it would be
8   digested, to some extent that I do not know, have
9   not measured and it could be that there 30-mer,
10  50-mer, 100-mer.  I cannot predict without doing
11  the measurement.
12      Q.    Now, you did this PeptideCutter thing.
13  That's just a software that you can plug something
14  into and do it online?
15      A.    Absolutely.
16      Q.    And it simulates how a protein, in this
17  case, could be digested at pH 1.3?
18      A.    It predicts optimal and maximal
19  degradation based on the sequence and based on the
20  enzymes and the conditions of pH.
21      Q.    Did you carefully look at your
22  PeptideCutter Exhibit C?
23      A.    I did.
24      Q.    Did you see that it indicates, in fact,
25  under your PeptideCutter where only pepsin is used

HIGHLY CONFIDENTIAL

Page 213

1    evidence from the Allergenicity Study of 2010 or
2    anywhere else that apoaequorin is completely
3    digested to single amino acids by pepsin (or any
4    other digestive enzymes for that matter)" -- and
5    I can't read the next word.  What is it?
6         A.    "In an in vitro."
7         Q.    "...in an in vitro assay, let alone in the
8    normal physiological conditions in a human body
9    before the protein or peptides generated from the
10   protein, can be absorbed by the body."
11        When you use the word "or any other
12   digestive enzymes for that matter," does that mean
13   that you're contending that apoaequorin cannot be
14   completely digested into single amino acids as a
15   by-product of the entire digestive process?
16        A.    I wrote this as a scientist, and when I'm
17   saying evidence or no, what I mean is evidence from
18   an experiment, something that can be replicated.
19   I am unaware of any evidence that says apoaequorin
20   would be digested to single amino acids or very
21   small peptides with pepsin alone or with any
22   combination of other proteases that are present in
23   the human body.
24        Q.    And that's because you are unaware of that
25   study that you said would be difficult to perform?

HIGHLY CONFIDENTIAL

Page 231

1    the intestine, huh?

2        A.    I do not.

3        Q.    So your hypothesis is that it's possible

4    that a unique peptide is generated in the stomach

5    and somehow, some unknown amount of this unique

6    peptide doesn't get fully digested in the intestine

7    and ends up somewhere in the body, correct?

8        A.    That is correct.

9        Q.    And this is, of course, speculation,

10   correct?

11       A.    Certainly.

12       Q.    Okay.  And then, in addition to that, your

13   hypothesis requires that this particular unique

14   peptide have some pharmacologic or biologic effect

15   that would provide some benefit to the brain?

16       A.    Presumably, I mean I'm not responsible for

17   those studies nor have I read the effects.  I did

18   not read the full set of documents.

19       Q.    Well, you give opinions about bioactivity,

20   don't you?

21       A.    I know that there are many bioactive

22   peptides and small proteins that are going through

23   areas, tissues, et cetera, and they can be

24   digested.  They can be absorbed.  They can trigger

25   through specific intracellular mechanisms.

HIGHLY CONFIDENTIAL

Page 249

1    Q.    And then on page 23 of 37, they, again --

2    under "Summary and Discussion"; do you see that?

3    A.    Yes.

4    Q.    They say "The findings from an in vitro

5    study suggest that apoaequorin dissolved in

6    simulated gastric -- gastric fluid is rapidly

7    digested by pepsin enzyme.  In less than

8    30 seconds, over 90 percent of apoaequorin was

9    digested, and by two minutes almost all of the

10   protein was digested."

11          They gone on to state, quote, "This

12   suggests that following oral consumption by humans,

13   apoaequorin is likely to be completely hydrolyzed

14   to individual amino acids that will be absorbed in

15   a process similar to other dietary proteins."

16          Do you believe that that is an accurate

17   statement?

18   A.    I think that's partly speculative.

19   Q.    So you think that there is -- they

20   submitted a false statement to the FDA?

21   A.    I do not --

22   MR. TANG:  Objection.  Calls for speculation.

23   THE WITNESS:  Yeah.  I do not think they

24   submitted a -- it depends on -- you know, that

25   statement about digestion to amino acids, it

HIGHLY CONFIDENTIAL

1    depends, again, on where you are talking about on

2    the digestive tract.

3        If you look back at what we found in the study

4    is what they reported here, that at two minutes

5    there is still a faint smear peptide that's

6    probably 3.5 kg, which says that it's not

7    immediately digested to individual amino acids.

8    BY MR. WELTMAN:

9        Q.   Well, I'm just asking, they say that it's

10   going to be absorbed in a process similar to other

11   dietary proteins.  Do you have any basis to

12   disagree with what the attorneys in this case said

13   to the FDA on behalf of Quincy?

14       MR. TANG:  Objection.  Asked and answered.

15       THE WITNESS:  I don't have a basis to say, no,

16   I don't in terms of proof, physical evidence.

17       MR. WELTMAN:  Could you read back that answer

18   and the question?

19                        (Whereupon, the record was

20                        read.)

21   BY MR. WELTMAN:

22       Q.   Okay.  So just to make it clear on the

23   record, you have no basis to contest what Quincy,

24   through its attorneys, said to the FDA, that

25   apoaequorin will be absorbed in a process similar

HIGHLY CONFIDENTIAL

Page 260

1    of the protein would be down to amino acids like

2    very small peptides, but according to my

3    understanding of biology, that is not necessarily

4    true.

5    BY MR. TANG:

6        Q.    Now, let's turn to your own report,

7    Dr. Goodman, that's Exhibit 2 to this deposition on

8    page 13, paragraph 59 --

9        MR. WELTMAN:  Hold on.  You have to let me get

10   there.  What paragraph?

11       MR. TANG:  59.

12       MR. TANG:  Towards the end of the report.

13       MR. WELTMAN:  Sure.

14       THE WITNESS:  Thanks.

15   BY MR. TANG:

16       Q.    Counsel for plaintiff was asking you about

17   the first sentence earlier, correct?

18       A.    Yes, he read it.

19       Q.    And the first sentence reads "In

20   conclusion, Dr. Bazinet's opinion that apoaequorin

21   must be thoroughly digested to individual amino

22   acids or possibly some very small peptide fragments

23   in the stomach of the consumers is not supported by

24   the robust pepsin digestion assay."

25           Did I read it correctly?

HIGHLY CONFIDENTIAL

1    A.    You read it correctly.

2    Q.    While you were drafting your rebuttal

3    report, was this one of the opinions you rebutted?

4    MR. WELTMAN:  Objection.  Leading.

5    MR. TANG:  When I drafted the report, except

6    for some very minor formatting changes and a word

7    here or there, the report is my thinking, my

8    thoughts, my interpretation of science, and what

9    I was trying to say in paragraph 59 is that as

10   I read Dr. Bazinet's opinion, he was stating that

11   apoaequorin would be digested to individual amino

12   acids or possibly some very small peptide fragments

13   in the stomach of consumer.

14   And I wanted to point out with this statement

15   that our pepsin digestion assay did not support

16   that notion, and I did not go too much further.

17   But the reason I was making that conclusion was

18   because we use a stable standard pH 1.2 or 2.  We

19   have an overabundance of pepsin relative to stomach

20   conditions in most people, and the stomach

21   clearance is such that you end up with a lot of

22   partially digested or possibly even undigested

23   proteins that go into the intestine.

24   BY MR. TANG:

25   Q.    All right.  So just a couple of things in

HIGHLY CONFIDENTIAL

Page 289

1      When was this submitted to the Court?  Are you

2   misstating the record?

3   BY MR. WELTMAN:

4      Q.    Please answer the question.

5      A.    So the -- I could have been more clear,

6   and I could have said it is almost impossible to

7   assume that you would find single peptides being

8   digested by pepsin, a single amino acid being

9   digested by pepsin, but I did not.  I was giving a

10  conservative estimate.

11          It says, in essence, that even if you got

12  one or two free amino acids produced through the

13  acting of pepsin, which should not happen but could

14  in theory, I suppose, that most of the peptides

15  would be at least ten amino acids long.

16  BY MR. WELTMAN:

17     Q.    All right.  I'm not following you now.

18          You wrote in this report, which will be

19  submitted to the Court by us, if it is not

20  submitted by defendant, you said the predominant

21  end product would be peptides but that means that

22  in this report that you submitted that we're

23  discussing it wasn't the sole endpoint, correct?

24          MR. TANG:  Asked and answered.

25          THE WITNESS:  It was -- it would not be the

HIGHLY CONFIDENTIAL

Page 290

1    sole end product.  You could get intact protein.

2    You could get peptides of 50.  You could get

3    peptides of 10.  You would get peptides of 2, 3 and

4    maybe you could get a few single amino acids.  But

5    I really -- the end product of pepsin digestion

6    even in vivo is not predominantly single amino

7    acids or even di- or tri-peptides.

8         MR. WELTMAN:  No further questions.

9         MR. TANG:  I think we can end this now.

10         THE VIDEOGRAPHER:  That concludes this

11    deposition.  We are going off the record.  The time

12    is 5:20 p.m.

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT G

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4    PHILLIP RACIES, on Behalf of    )

5    Himself and All Others          )

6    Similarly Situation,            )

7            Plaintiff,              )

8      vs.                           ) No. 3:15-CV-00292

9    QUINCY BIOSCIENCE, LLC, a       )

10   Wisconsin Limited Liability     )

11   Company,                        )

12            Defendant.             )

13

14          The Videotaped Deposition of

15   MICHAEL PEZZONE, Ph.D., called by the Plaintiff for

16   examination pursuant to notice and pursuant to the

17   Rules of Civil Procedure for the United States

18   District Courts pertaining to the taking of

19   depositions, taken before Steven Stefanik, a notary

20   public within and for the County of DuPage and

21   State of Illinois, at Suite 110, 1431 Opus Place,

22   Downers Grove, Illinois, on the 4th day of December

23   2015.

24

25   PAGES 1 - 206

1    in terms of original research?

2        A.    A lot of that can be -- is on my CV.  It's

3    fairly extensive and diverse.

4                I was most recently involved with

5    certain pain pathways in the pelvis, looking at how

6    irritable bowel syndrome overlapped with other

7    chronic pelvic pain disorders.

8                I was also involved with a company

9    Ironwood.  It has an oral peptide that is a

10   treatment for constipation, predominant irritable

11   bowel syndrome.  I was specifically looking at the

12   pain pathways that this peptide provided.

13       Q.    Okay.  So this oral peptide, tell me a

14   little bit more about it.  What is it?

15       A.    Its name is linaclotide.

16       Q.    I'm sorry?

17       A.    Linaclotide, L-i-n-a-c-l-o-t-i-d-e.  It's

18   a -- I think it's 14-amino-acid peptide that works

19   on a specific guanylate cyclase C receptor in the

20   GI tract that opens chloride channels.  And it

21   has -- is a treatment for constipation, but it

22   also, by various pathways that haven't been well

23   defined, desensitizes pain nerves or makes pain

24   nerves less sensitive.

25                And I had an animal model that allows

Page 22

1    eating basically a hot dog.

2    BY MR. WELTMAN:

3        Q.    Okay.  And so, again, what do you

4    understand to be the difference between nutritional

5    function and biologic function?

6        A.    Well, nutrition is just one -- nutrition

7    enables one to have biologic function.  It's --

8    it's necessary for the body, but something that has

9    specific biologic function has some direct effect

10   other than nutrition alone.

11       Q.    Okay.  And it's your understanding that he

12   contended and has opined in this case that

13   apoaequorin after digestion has no biological

14   functions?

15       A.    Yes.

16       Q.    As you defined it?

17       A.    Yes.

18       Q.    Okay.  And, again, when you mean biological

19   function, you mean some aspect of apoaequorin or

20   another dietary protein has a function other than

21   nutrient value, correct?

22       A.    Correct.

23       Q.    And -- okay.  Have you read the reports of

24   defendant's three other experts?

25       A.    I'm not sure.  I don't believe so.

Page 38

1      Q.    And then it lists six panel members.  You

2   see that?

3      A.    Yes.

4      Q.    Again, you don't know of any of these

5   people?

6      A.    Hold on.  It looks like the same people.

7   No, I don't.

8      Q.    Okay.  Now -- bear with me.

9            Are you aware of a gastric in-vitro

10  assay using pepsin that's used with the digestion

11  assay for a protein?

12     A.    Yes.

13     Q.    What do you -- what do you -- what's your

14  familiarity with it?

15     MR. TANG:  Objection, vague.

16            But you may answer.

17     THE WITNESS:  Well, it's an in-vitro model that

18  may not reflect underlying normal physiologic

19  processes.  And it's used, I guess, commonly in

20  these kinds of drug analyses, but there are a lot

21  of studies to show that they're not indicative of

22  what is involved with normal digestion of proteins

23  and peptides.

24  BY MR. WELTMAN:

25     Q.    Well, I mean, I understand it's -- it's

Page 39

1    in vitro, so it can't be indicative of -- correct?

2         I mean, it can't be directly indicative,

3    correct?

4         A.    Right.

5         Q.    Just like an animal model can't be directly

6    indicative of what happens in humans, correct?

7         MR. TANG:  Objection, vague.

8         THE WITNESS:  No, I disagree.  Animal models

9    have similar physiologic processes.

10              This is a test tube using a digestive

11    enzyme that only accounts for 15 percent of actual

12    digestion in the stomach and doesn't account for

13    other factors, other binding of things to proteins

14    that may protect it when you do in-vivo studies.

15    BY MR. WELTMAN:

16         Q.    Okay.  So you -- it's your understanding

17    that pepsin is only 15 percent of the digestion in

18    the stomach?

19         A.    Right.  Well, it's the only part that

20    occurs in the stomach.  It's only 15 percent, and

21    the stomach isn't necessarily for digestion.

22         Q.    Well, just -- that's a lot, but I just

23    wanted to understand --

24         A.    Okay.

25         Q.    -- your contention that pepsin accounts for

Page 53

1      You see that?

2      A.    Yes.

3      Q.    Do you understand what the phrase

4   "stability of the protein in pepsin" means?

5      A.    Correct.   Yes, I do.

6      Q.    What does that mean?

7      A.    Well, they're saying -- again, speculating

8   that because they saw that it was rapidly degraded

9   in an in-vitro assay, that it would be less likely

10  absorbed and presented to the immune system and

11  thereby would be less likely to be allergenic.

12     Q.    You think this panel of experts were

13  speculating when they wrote this to the FDA?

14     A.    Yes, I do.

15     Q.    Okay.  And you think it's pure unfounded

16  speculation, correct?

17     A.    Well, it's based on the assays they had

18  available, still speculation.  And even in the way

19  they wrote it, it's still potential speculation.

20  It's still speculation.

21     Q.    Okay.  So when they finish and they state

22  here, quote, The results of this study also suggest

23  that the digestion characteristics of apoaequorin

24  are similar to those of common nonallergenic

25  dietary proteins, you would consider that also to