1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIP RACIES, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability company,<br><br>Defendant. | Case No.   3:15-cv-00292 HSG<br><br>**ORDER GRANTING JOINT STIPULATION RE BRIEFING SCHEDULE FOR MOTION TO EXCLUDE EVIDENCE, OPINIONS, AND TESTIMONY OF PLAINTIFF'S EXPERT RICHARD P. BAZINET** |

The Court has reviewed the Parties' Joint Stipulation re Briefing for Motion to Exclude Evidence, Opinions, and Testimony of Plaintiff's Expert Richard P. Bazinet. As provided for in Civil Local Rule 7, the Court requires more than one week after the filing of the reply brief to prepare for the motion hearing. Accordingly, **IT IS HEREBY ORDERED THAT** the briefing and hearing schedule for the motion to exclude shall be as follows:

| Event | Date |
| --- | --- |
| Deadline to File Opposition to Motion to Exclude | January 14, 2016 |
| Deadline to File Reply in Support of Motion to Exclude | January **21**, 2016 |
| Hearing on Motion to Exclude | February 4, 2016 |

Dated: January 6, 2016

Hon. Haywood S. Gilliam, Jr.
United States District Judge

- 1 -

ORDER GRANTING JOINT STIPULATION RE BRIEFING SCHEDULE FOR MOTION TO EXCLUDE EVIDENCE, OPINIONS, AND TESTIMONY OF PLAINTIFF'S EXPERT RICHARD P. BAZINET