# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RACIES, On Behalf of Himself and All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>QUINCY BIOSCIENCE, LLC.<br><br>Defendant. | Case No.:3:15-cv-00292-HSG<br><br>**STIPULATED SCHEDULING ORDER**<br><br>**Courtroom 10 – 19th Floor**<br><br>Hon. Haywood S. Gilliam, Jr. |

# **SCHEDULING ORDER**

The above matter came before the Court on October 11, 2016, upon the parties' efforts to agree upon the various deadlines necessary to move the instant case through the hearing on class certification. The Court, upon all of the files, records, the parties' stipulation, the proceedings herein and for the reasons stated on the record, now makes and enters the following Order.

IT IS HEREBY ORDERED that the following events are due, at the latest, on the following dates:

| Event | Due Date |
| --- | --- |
| Deadline to amend pleadings | Monday, December 5, 2016 |
| Deadline to disclose additional experts (including expert reports) | Friday, February 24, 2017 |
| Last day to depose additional experts | Friday, March 31, 2017 |
| Deadline to disclose rebuttal experts (including reports) | Friday, April 21, 2017 |
| Last day to depose rebuttal experts | Friday, May 26, 2017 |
| Last day to file class certification motion | Friday, June 16, 2017 |
| Deadline to file opposition to class certification motion | 4 weeks after motion filed (July 14, 2017) |
| Deadline to file reply in support of class certification motion | 7 weeks after motion filed (August 4, 2017) |
| Hearing on class certification motion | 9 weeks after motion filed or other date agreeable to court (August 17, 2017) |

Dated: November 1, 2016

_____
Hon. Haywood S. Gilliam, Jr.
Judge, United States District Court

- 2 -

[PROPOSED] STIPULATED SCHEDULING ORDER
3:15-CV-00292-HSG