# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RACIES, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability company,<br><br>Defendant. | Case No. 4:15-cv-00292 HSG<br><br>**STIPULATED ORDER REGARDING CLASS CERTIFICATION BREIFING AND HEARING SCHEDULE** |
| | Complaint Filed:  January 21, 2015<br>Trial Date:  None Set |

The above matter came before the Court on March 17, 2017, upon the parties' efforts to continue various deadlines necessary to move the instant case through the hearing on class certification. The Court, upon all of the files, records, the parties' stipulation, the proceedings herein, and for good cause shown, now makes and enters the following Order.

**IT IS HEREBY ORDERED THAT** the following events are due, at the latest, on the following dates:

| Event | Due Date |
| --- | --- |
| Last day to depose additional experts | Friday, June 30, 2017 |
| Deadline to disclose rebuttal experts (including reports) | Friday, July 21, 2017 |
| Last day to depose rebuttal experts | Friday, August 18, 2017 |
| Last day to file class certification motion | Friday, September 15, 2017 |
| Deadline to file opposition to class certification motion | 4 weeks after motion filed (October 13, 2017) |
| Deadline to file reply in support of class certification motion | 7 weeks after motion filed (November 3, 2017) |
| Hearing on class certification motion | 9 weeks after motion filed or other date agreeable to court (November **16**, 2017) |

Dated: <u>March 20, 2017</u>

Hon. Haywood S. Gilliam, Jr.
United States District Judge