UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RACIES,<br><br>    Plaintiff,<br><br>v.<br><br>QUINCY BIOSCIENCE, LLC,<br><br>    Defendant. | Case No. 15-cv-00292-HSG<br><br>**ORDER DENYING MOTION TO SEAL**<br><br>Re: Dkt. No. 112 |

Pending before the Court is Plaintiff Phillip Racies' motion to file under seal his motion to strike the expert reports of Drs. Alexander, Schwartz, and Kurzer as well as an associated exhibit. Dkt. No. 112. No response to the motion to seal was filed, and the time to do so has passed.

Plaintiff seeks to redact a portion of page 7 of his motion to strike as well as Exhibit C to the declaration of Patricia N. Syverson filed in support thereof because they contain references to documents that Defendant has designated as "Confidential" under the protective order. *See* Dkt. No. 112-1 ¶ 3. Designating party and Defendant Quincy Biosciences, LLC did not file a declaration in support of Plaintiff's motion to seal, as required in this situation under the Local Rules. *See* Civ. L.R. 79-5(e)(1) ("Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."). Accordingly, the motion to seal is **DENIED**.

**IT IS SO ORDERED.**

Dated: 11/22/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge