UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RACIES,<br><br>       Plaintiff,<br><br>   v.<br><br>QUINCY BIOSCIENCE, LLC,<br><br>       Defendant. | Case No. 15-cv-00292-HSG<br><br>**ORDER GRANTING LEAVE TO FILE RENEWED MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 137, 138 |

Pending before the Court are Plaintiff Phillip Racies and Defendant Quincy Bioscience, LLC's motions for leave to file for reconsideration of the Court's November 22, 2017 order denying motions to seal. *See* Dkt. No. 135. For the reasons detailed below, the Court **GRANTS** the motions for leave and **DIRECTS** the parties to file renewed motions to seal.

Defendant seeks to redact Exhibit A to the declaration of Patricia N. Syverson, filed in support of Plaintiff's motion for class certification as well as related references in Plaintiff's opening and reply brief, because they contain information regarding the company's internal sales and marketing data. *See* Dkt. No. 138; *see also* Dkt. No. 133. Upon review of the Declaration of Mark Y. Underwood, Dkt. No. 133, the Court finds that the public disclosure of such information would result in harm to Defendant's business, and therefore, **GRANTS** Defendant's motion for leave.

Plaintiff now seeks to redact a more limited portion of Plaintiff's deposition transcript, accompanying his motion for class certification and Defendant's opposition thereto, as well as a related reference to the transcript in his motion for class certification. *See* Dkt. No. 138. In light of the more tailored request to seal only references to medical history, the Court **GRANTS** Plaintiff's motion for leave.

1    The Court finds that the parties have adequately supported their requests to seal the above-
2    referenced information in their motions for leave and may simply incorporate by reference any
3    argument in their renewed motions for to seal.  However, because the scope of the parties'
4    requests to seal has narrowed, the parties are directed to coordinate their motions to provide the
5    Court with one redacted and unredacted version of each document at issue.  The parties shall file
6    their motions by December 11, 2017.

**IT IS SO ORDERED.**

Dated:  12/1/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge