1

2   BONNETT, FAIRBOURN, FRIEDMAN
      & BALINT, P.C.
3   PATRICIA N. SYVERSON (CA SBN 203111)
    MANFRED P. MUECKE (CA SBN 222893)
    600 W. Broadway, Suite 900
4   San Diego, California 92101
    psyverson@bffb.com
5   mmuecke@bffb.com
    Telephone: (619) 798-4593
6
    BONNETT, FAIRBOURN, FRIEDMAN
7     & BALINT, P.C.
    ELAINE A. RYAN (*Admitted Pro Hac Vice*)
8   2325 E. Camelback Rd. Suite 300
    Phoenix, AZ 85016
9   eryan@bffb.com
    Telephone: (602) 274-1100
10
    SIPRUT, PC
11  STEWART M. WELTMAN (*Admitted Pro Hac Vice*)
    17 North State Street
12  Suite 1600
    Chicago, IL 60602
13  sweltman@siprut.com
    Telephone: (312) 236-0000
14
    *Attorneys for Plaintiff and the Proposed Class*
15  *Additional Attorneys on Signature Page*

16
              **UNITED STATES DISTRICT COURT**
17
             **NORTHERN DISTRICT OF CALIFORNIA**
18

19  PHILLIP RACIES, on behalf of himself      Case No.:    4:15-cv-00292-HSG
    and all others similarly situated,
20                                             **NOTICE OF WITHDRAWAL OF**
                  Plaintiff,                   **COUNSEL AND ORDER**
21
         v.
22
    QUINCY BIOSCIENCE, LLC, a
23  Wisconsin limited liability corporation
24
25                Defendant.
26
27
28

    {00633880 3}

Plaintiff Phillip Racies hereby provides notice of withdrawal of his counsel, Max A. Stein in the above captioned action. Mr. Stein is no longer involved in this matter and withdrawing as counsel of record. Mr. Racies will continue to be represented in this action by Elaine A. Ryan, Patricia N. Syverson, Manfred P. Muecke, and Nada Djordjevic of Bonnett, Fairbourn, Friedman & Balint, P.C. and Stewart M. Weltman of Siprut PC.

This withdrawal and substitution of counsel shall be effective as of May 3, 2018.

DATED:     May 3, 2018            By:___/s/ Max A. Stein_____
                                         Max A. Stein

BOODELL & DOMANSKIS, LLC
Max A. Stein (*Admitted Pro Hac Vice*)
One North Franklin, Suite 1200
Chicago, IL 60606
mstein@boodlaw.com
Telephone: (312) 938-1670

## **ORDER**

The above withdrawal of counsel is approved and so ORDERED.

DATED: <u>May 7, 2018</u>

_Haywood S. Gill J._
Judge Haywood S. Gilliam, Jr.