**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIP RACIES, On Behalf of Himself and All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>QUINCY BIOSCIENCE, LLC.<br><br>Defendant. | Case No. 4:15-cv-00292-HSG<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING RESETTING HEARING DATE**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: January 21, 2015 |

Having considered the Parties' Joint Stipulation Regarding Resetting Hearing Date, and good cause appearing therefore,

IT IS HEREBY ORDERED that the current hearing date of June 28, 2018 on Plaintiff's Motion for Bench Trial be vacated and reset for July 19, 2018 at 2:00 p.m.

DATED: <u>May 25, 2018</u>

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge