Matthew R. Orr, Bar No. 211097
  morr@calljensen.com
Joshua G. Simon, Bar No. 264714
  jsimon@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant Quincy Bioscience, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RACIES, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability company,<br><br>Defendant. | Case No.  4:15-cv-00292 HSG<br><br>**ORDER GRANTING DEFENDANT QUINCY BIOSCIENCE, LLC'S REQUEST FOR TELEPHONIC APPEARANCE VIA COURTCALL AT CASE MANAGEMENT CONFERENCE**<br><br>Date: February 19, 2019<br>Time: 2:00 p.m.<br>Place: Courtroom 2 – 4th Floor<br>      1301 Clay Street<br>      Oakland, CA 94612<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed:  January 21, 2015<br>Trial Date:  None Set |

## **ORDER**

The Court, having reviewed the request of Defendant Quincy Bioscience, LLC's ("Defendant") counsel, and finding GOOD CAUSE thereto,

IT IS THEREFORE ORDERED that said request is GRANTED and Matthew R. Orr is granted permission to appear telephonically on behalf of Defendant at the Case Management Conference scheduled for February 19, 2019, at 2:00 p.m., in Courtroom 2 of the above-referenced Court, located on the 4th Floor, 1301 Clay Street, Oakland, CA 94612.

IT IS FURTHER ORDERED that Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: February 19, 2019

_____
HON. HAYWOOD S. GILLIAM, JR.
JUDGE OF THE UNITED STATES DISTRICT COURT
OKAY