# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

PHILLIP RACIES, On Behalf of Himself and All Others Similarly Situated,

Plaintiff,

v.

QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability company

Defendant.

Case No. 4:15-cv-00292-HSG

**ORDER GRANTING THE PARTIES' JOINT ADMINISTRATIVE MOTION SEEKING APPROVAL OF AGREED UPON FORMS FOR CLASS NOTICE AND PLAN FOR DISTRIBUTION**

Judge: Hon. Haywood S. Gilliam, Jr.

This cause has come before the Court upon the Parties' Joint Administrative Motion Seeking Approval of Agreed Upon Forms for Class Notice and Plan For Distribution. The Court, having carefully considered the Motion and all matters presented to the Court and good cause appearing, hereby **ORDERS, ADJUDGES, and DECREES** that:

The Parties' Joint Administrative Motion is **GRANTED.** The Parties shall work to implement the proposed Notice Distribution Plan and forms of Notice, in the form attached as Exhibit B to Declaration of Jennifer M. Keough Regarding Proposed Notice Program, filed in support of the Parties' Motion.

Dated: <u>April 1, 2019</u>

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge