# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RACIES, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability company<br><br>Defendant. | Case No. 4:15-cv-00292-HSG<br><br>**ORDER GRANTING STIPULATION RE EXCHANGE OF DEMONSTRATIVE EXHIBITS FOR TRIAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

This cause has come before the Court upon the Parties' Stipulation re Exchange of Demonstrative Exhibits for Trial. The Court, having carefully considered the Stipulation and good cause appearing, hereby **ORDERS, ADJUDGES, and DECREES** that:

The Parties' shall exchange their respective demonstrative exhibits for trial on or before December 23, 2019.

Dated 11/12/2019

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge