# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RACIES, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability company,<br><br>Defendant. | Case No. 4:15-cv-00292 HSG<br><br>**ORDER GRANTING STIPULATION TO ALLOW PARTIES TO BRING TRIAL EQUIPMENT INTO THE COURTHOUSE**<br><br>Hon. Haywood S. Gilliam, Jr. |

Complaint Filed: January 21, 2015
Am. Complaint Filed: February 20, 2015
Trial Date: January 6, 2020

The Court has reviewed and considered the parties Stipulation requesting that the Court allow the parties to bring trial equipment into the Courthouse, and good cause appearing, the Court hereby **ORDERS** as follows:

The parties Stipulation requesting the Court to allow the parties to bring the following equipment into the Courthouse, is **GRANTED**.

- 1 small table;
- 4 laptops with power supplies;
- VGA Switch;
- Audio switch;
- Small monitor;
- VGA cables and audio cables; and
- Extension cords and power strips.

**IT IS SO ORDERED.**

Date: 1/2/2020

*Haywood S. Gilliam Jr.*
THE HON. HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE