UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP RACIES,

              Plaintiff,

     v.

QUINCY BIOSCIENCE, LLC,

           Defendant.

Case No.15-cv-00292-HSG

**ORDER FOR JURY MEALS DURING DELIBERATIONS**

      IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

      IT IS SO ORDERED.

Dated: 1/2/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

*Rev.03/19*