Matthew R. Orr, Bar No. 211097
  morr@calljensen.com
William P. Cole, Bar No. 186772
  wcole@calljensen.com
Joshua G. Simon, Bar No. 264714
  jsimon@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Geoffrey W. Castello *[Admitted Pro Hac Vice]*
Glenn T. Graham *[Admitted Pro Hac Vice]*
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
gcastello@kelleydrye.com
ggraham@kelleydrye.com

Attorneys for Defendant Quincy Bioscience, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RACIES, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability company,<br><br>    Defendant. | Case No.  4:15-cv-00292 HSG<br><br>**DEFENDANT QUINCY BIOSCIENCE, LLC'S FORM WITNESS LIST**<br><br>Date:  January 6, 2020<br>Time: 8:30 a.m.<br>Place: Courtroom 2<br><br>Complaint Filed:  January 21, 2015<br>Trial Date:           January 6, 2020 |

Defendant Quincy Bioscience, LLC ("Defendant") hereby submits the following Form Witness List, which identifies the witnesses it may call during trial in this action:

| Witness | Brief Summary of Testimony | Exhibits |
|---|---|---|
| Mark Underwood | Development of Prevagen. | |
| Richard E. Goodman, Ph.D | Safety and Allergenicity Studies on apoaequorin do not prove that apoaequorin is completely digested in the stomach of any individual consuming Prevagen. Dietary proteins and peptides can have biologic effect and can be absorbed into the blood prior to complete digestion. | |
| Michael Pezzone, Ph.D | Proteins, including apoaequorin, can be absorbed through the gastrointestinal tract in humans; and animal studies addressing this issue are applicable to humans. | |
| Brian Spencer, Ph.D | Blood brain barrier does not stand as an absolute barrier to Prevagen efficacy. | |

Dated: January 3, 2020

CALL & JENSEN
A Professional Corporation
Matthew R. Orr
William P. Cole
Joshua G. Simon

By: */s/ Matthew R. Orr*
       Matthew R. Orr

Geoffrey W. Castello *[Admitted Pro Hac Vice]*
Glenn T. Graham *[Admitted Pro Hac Vice]*
KELLEY DRYE & WARREN LLP

*Attorneys for Defendant Quincy Bioscience, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2020, I electronically filed the foregoing document described as **DEFENDANT QUINCY BIOSCIENCE, LLC'S FORM WITNESS LIST** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Matthew R. Orr*
Matthew R. Orr