UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP RACIES,

    Plaintiff,

v.

QUINCY BIOSCIENCE, LLC,

    Defendant.

Case No. 15-cv-00292-HSG

**ORDER RE: JURY INSTRUCTIONS AND VERDICT FORM**

Pursuant to the parties' agreement at the January 9, 2020 charging conference, the Court will give the attached instructions and verdict form to the jury.

**IT IS SO ORDERED.**

Dated: 1/9/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge