CALL & JENSEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RACIES, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability company,<br><br>Defendant. | Case No. 4:15-cv-00292 HSG<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING POST-TRIAL BRIEFING AND HEARING SCHEDULE (as modified)** |

Complaint Filed: January 21, 2015
Trial Date: January 6, 2020

The Court has reviewed the Parties' Joint Stipulation Regarding Post-Trial Briefing and Hearing Schedule ("Joint Stipulation"), and good cause appearing,

**IT IS HEREBY ORDERED THAT** the Parties' Joint Stipulation is GRANTED as follows:

| Event | Date |
|---|---|
| Defendant shall file its opposition to Plaintiff's Motion for Judgment as a Matter of Law | No later than **January 16, 2020** |
| Defendant shall file its replies in support of its Motion for Judgment as a Matter of Law and Motion to Decertify | No later than **January 22, 2020** |
| Plaintiff shall file his reply in support of his Motion for Judgment as a Matter of Law | No later than **January 22, 2020** |
| Hearing on each pending motion | **February 14, 2020**, at 10:00 a.m. |

Dated: 1/17/2020

Hon. Haywood S. Gilliam, Jr.
United States District Judge