1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19
20

PHILLIP RACIES, on behalf of himself and all others similarly situated,

        Plaintiff,

    v.

QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability corporation

        Defendant.

Case No.:   4:15-cv-00292-HSG

**ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION FOR HIS REPLY IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW**

Judge: Hon. Haywood S. Gilliam, Jr.

Complaint Filed: January 21, 2015
Trial Date:       January 6, 2020

21
22
23
24
25
26
27
28

The Court has reviewed Plaintiff's Motion to Exceed the Page Limitation for his Reply in support of Motion for Judgment as a Matter of Law and the stipulation filed therewith, and good cause appearing,

**IT IS HEREBY ORDERED THAT** Plaintiff's Motion is GRANTED. Plaintiff may file a Reply in Support of Motion for Judgment as a Matter of Law in Favor of Plaintiff and the Class that exceeds the 15-page limit imposed by Local Rule 7-4(b) by no more than three (3) pages.

**IT IS SO ORDERED.**

Dated: 1/23/2020

Hon. Haywood S. Gilliam, Jr.
United States District Judge