1  William P. Cole, Bar No. 186772
2  Matthew R. Orr, Bar No. 211097
3  Joshua G. Simon, Bar No. 264714
   CALL & JENSEN
4  A Professional Corporation
   610 Newport Center Drive, Suite 700
5  Newport Beach, CA  92660
   Tel: (949) 717-3000
6  Fax: (949) 717-3100
   Email: wcole@calljensen.com
7  Email: morr@calljensen.com
   Email: jsimon@calljensen.com
8
9  Geoffrey W. Castello (*Pro Hac Vice*)
   Glenn T. Graham (*Pro Hac Vice*)
10 KELLEY DRYE & WARREN LLP
   One Jefferson Road, 2nd Floor
11 Parsippany, NJ 07054
   Tel:   (973) 503-5900
12 Fax:   (973) 503-5950
   Email: gcastello@kelleydrye.com
13 Email: ggraham@kelleydrye.com

14 *Attorneys for Defendant*
15 *Quincy Bioscience, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RACIES, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability company,<br><br>Defendant. | Case No.  4:15-cv-00292-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO WITHDRAW COUNSEL JEFFREY S. JACOBSON** |

- 2 -

**THIS MATTER,** came before the Court upon Defendant Quincy Bioscience, LLC's Administrative Motion To Withdraw Counsel Jeffrey S. Jacobson.

IT IS HEREBY ORDERED, good cause having been shown, that the Administrative Motion To Withdraw Counsel Jeffrey S. Jacobson is hereby GRANTED.

DATED: _____4/29/2020_____    *[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge