UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RACIES,<br><br>    Plaintiff,<br><br>v.<br><br>QUINCY BIOSCIENCE, LLC,<br><br>    Defendant. | Case No. 15-cv-00292-HSG<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>Re: Dkt. Nos. 308, 309, 311 |

Stewart M. Weltman and Weltman Law LLC have filed a motion to withdraw as counsel of record for Plaintiff and the class in this matter. Dkt. Nos. 309, 311.[1] Counsel indicated that the motion was unopposed by both Plaintiff's counsel and counsel for Defendant, but did not state whether Plaintiff consented to such withdrawal. On May 8, 2020, Phillip Racies filed a declaration in support of the motion to withdraw, stating that he does not have any objection to the motion, and that he understands that he will continue to be represented by other counsel of record in this action. Dkt. No. 312.

In light of Plaintiff's declaration in support and his understanding that he will continue to be represented by other counsel of record, the Court **GRANTS** the motion to withdraw.

**IT IS SO ORDERED.**

Dated: 5/11/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] On May 4, 2020, the Court granted Defendant's motion to decertify the class. Dkt. No. 310. What remains, therefore, are Plaintiff Racies' individual claims.