UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RACIES,<br><br>        Plaintiff,<br><br>v.<br><br>QUINCY BIOSCIENCE, LLC,<br><br>        Defendant. | Case No. 15-cv-00292-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO EXTEND TIME TO FILE STIPULATED DISMISSAL**<br><br>Re: Dkt. No. 316 |

On May 12, 2020, the Parties advised the Court that they would file a stipulated dismissal of this action by no later than May 22, 2020. Dkt. No. 314. On May 22, 2020, the Parties filed a joint stipulation requesting an extension of an additional two weeks until June 5, 2020 to file the stipulated dismissal. Dkt. No. 316. The Court hereby **GRANTS IN PART** the stipulation, and extends the deadline to file the stipulated dismissal to May 31, 2020. If the Parties are unable to file a stipulated dismissal by that date, the Court will enter a conditional dismissal. This order terminates Dkt. No. 316.

**IT IS SO ORDERED.**

Dated: 5/26/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge