BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
PATRICIA N. SYVERSON (CA SBN 203111)
600 W. Broadway, Suite 900
San Diego, California 92101
psyverson@bffb.com
Telephone: (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ELAINE A. RYAN (*Admitted Pro Hac Vice*)
2325 E. Camelback Rd. Suite 300
Phoenix, AZ 85016
eryan@bffb.com
Telephone: (602) 274-1100

*Attorneys for Plaintiff*
***Additional Attorneys on Signature Page***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIP RACIES, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUINCY BIOSCIENCE, LLC, a Wisconsin limited liability company,<br><br>Defendant. | Case No. 4:15-cv-00292-HSG<br><br>**STIPULATION REGARDING VOLUNTARY DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITHOUT PREJUDICE**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed:     January 21, 2015<br>Am. Complaint Filed: February 20, 2015<br>Trial Date:          January 6, 2020 |

Plaintiff, Phillip Racies, and Defendant, Quincy Bioscience, LLC, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to Plaintiff's dismissal of his individual claims without prejudice.

Dated: May 28, 2020                     Respectfully Submitted,

                                        BONNETT, FAIRBOURN, FRIEDMAN
                                        & BALINT, P.C.

                                        By:   */s/ Patricia N. Syverson*
                                        PATRICIA N. SYVERSON (203111)
                                        ELAINE A. RYAN (*Admitted Pro Hac Vice*)

                                        WILENTZ, GOLDMAN & SPITZER, P.A.
                                        Kevin P. Roddy
                                        kroddy@wilentz.com
                                        Daniel R. Lapinski (Admitted Pro Hac Vice)
                                        dlapinski@wilentz.com
                                        90 Woodbridge Center Drive
                                        Woodbridge, NJ 07095
                                        Telephone: (732) 636-8000

                                        *Attorneys for Plaintiff Phillip Racies*

Dated:  May 28, 2020                    Respectfully submitted,

                                        CALL & JENSEN
                                        A Professional Corporation
                                        Matthew R. Orr
                                        William P. Cole
                                        Joshua G. Simon

                                        By:      */s/ Matthew R. Orr*
                                                 Matthew R. Orr

                                        and

                                        Geoffrey W. Castello *[Admitted Pro Hac Vice]*
                                        Glenn T. Graham *[Admitted Pro Hac Vice]*
                                        Kelley Drye & Warren LLP

                                        Attorneys for Defendant Quincy Bioscience, LLC

**SIGNATURE CERTIFICATION**

Pursuant to Rule 5-1(i)(3) of the United States District Court for the Northern District of California Local Rules, I hereby certify that the content of this document is acceptable to Matthew R. Orr, counsel for Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: May 28, 2020

        BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By: */s/ Patricia N. Syverson*
    Patricia N. Syverson
    *Attorneys for Plaintiff*

{00414250}

2
STIPULATION OF VOLUNTARY DISMISSAL—CASE NO. 15-CV-00292-HSG

## CERTIFICATE OF SERVICE

    I hereby certify that on May 28, 2020, I electronically filed the foregoing document described as **STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Patricia N. Syverson*
Patricia N. Syverson (203111)
psyverson@bffb.com
BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
600 W. Broadway, Suite 900
San Diego, CA  92101
*Attorneys for Plaintiff*